USCA1 Opinion

 

%-12345X@PJL SET PAGEPROTECT=OFF
@PJL SET RESOLUTION=600
@PJL ENTER LANGUAGE=PCL
E*t600R&u600D*r0F&l0O&l0S&l0H&l2a8c1E*p0x0Y*c0t5760x7704Y&l1X*b0M
*p5884Y*p336X(0N(s3t0b0s12.00v10.00h0POf the Eleventh Circuit, sitting by designation.*p5843Y*p300X*c16535D)s5976WH5 8ÍbàþECourier NewþgfCCÿÿÿþPA GTìcvt SF$\fpgmºÜøsèHgdirheadÅfØÁ06hheayOh$hmtxo°j9maxph F prepõt;<°ççbÿßÿßÿâþ~çþýÿÿ×TTTTTTTMTTTdÔmT3Î©@TÔX<wÕUÿñT!£ï,9hÿþþ}£8Óe<+ë*0«-<³TU­=Zb©Éß4:@¬výÄ9HTd£¥¯ÄÐÑ×ñþ+U\}¥¬®ëØÆëþÖÿ
ÿÿ© ),8LmÍê(*,?Ò+,ýþþ3ÿGÿÿÅÿ×#'8=DEMWby»ÆÍÍÎæ÷ #RSu¬­ïý8l²Ô+ÍW®ý´þþ²þïþÿÿ«ÿ°ÿÃÿÌT68CU]ps|µ»Åäéõ(HKU¬ßü~¬ÿ=ÉþNþmþþ³ÿ4ÿM44:`qÜå1SÇdÄÈê[TTTTÌÁ>l PêÒ<}û§ÁõPPC;»Hm!!`-W&tPZ`¦¼ûHRvÍ _>×Á
öAA>©ÓqÖ-¯Îüm
ÿçÒ=ÊZíPÁ;#Zí#I9ÙM¹W8àJÛ9lÁÌ»l»¢ò8þrP1~qT9j"p"|Uó×û«$f
cÔY<Ð.~4m,ýÀÌ6e¾üý(üí±H±ûÉÉûÁ0@á£UÆ!&©8,]`Lõ|lié¥AOesFþõA3AºC9<4ç>gghßgg©ý@@@?>=<;:987543210/.-,+*)('&%$#"! 
 ,E#F` °&`°HH-,E#F#a °&a°HH-,E#F`° a °F`°HH-,E#F#a° ` °&a° a°HH-,E#F`°@a °f`°HH-,E#F#a°@` °&a°@a°HH-, <<-, E# °ÍD# ¸ZQX# °D#Y °íQX# °MD#Y °QX# °
D#Y!!-, EhD °` E°FvhE`D-,±
C#Ce
-,±
C#C-,°#p±>°#p±E:±
-,E°#DE°#D-, E°%Ead°PQXED!!Y-,°Cc#b°#B°+-, E°C`D-,°C°Ce
-, i°@a° ±,À¸b`+d#da\X°aY-,E°+°#D°zä-,E°+°#D-,°CXE°+°#D°zäEi °#D ° QX°+°#D°zä!°zäYY-,-,°%F`F°@aH-,KS \X°YX°Y-, °%E°#DE°#DEe#E °%`j ° #B#hj`a °°Ry!²@¹ÿàE TX#!°?#YaD±Ry³@ E TX#!°?#YaD-,±C#C-,±C#C-,±
C#C-,±
C#Ce-,±C#Ce-,±C#Ce-,KRXED!!Y-, °%#I°@`° c °RX#°%8#°%e8c8!!!!!Y-,K°dQXEi° C`:!!!Y-,°%# õ°`#íì-,°%# õ°a#íì-,°%õíì-, °` <<-, °a <<-,°++°**-,°C°C-,>°**-,5-,v¸i#p ¸iE °PX°aY:/-,!!d#d¸@b-,!°QXd#d¸ b²@/+Y°`-,!°ÀQXd#d¸Ub²/+Y°`-,d#d¸@b`#!-,´°&°&°&°&Eh:°-,´°&°&°&°&Ehe:°-,KS#KQZX E`D!!Y-,KTX E`D!!Y-,KS#KQZX8!!Y-,KTX8!!Y-,°CXY-,°CXY-,KT°C\ZX8!!Y-,°C\X°%°%d#dad¸QX°%°% F°`H F°`HY
!!!!Y-,°C\X°%°%d#dad¸QX°%°% F¸ÿð`H F¸ÿð`HY
!!!!Y-,KS#KQZX°:+!!Y-,KS#KQZX°;+!!Y-,KS#KQZ°C\ZX8!!Y-,KT°&KTZ
°C\ZX8!!Y-,F#F`F# F`a¸ÿb# #¹&&pE` °PX°a¸ÿº°FY°`h:-_<õ £%Qa«´ÿåý© ©ýÍÿåÿåèÍgÍë
»ä»þá]-â+ºÍæåä«ÃÖÄÓçÍ8be×WXkå«Y.h³hX¹S%PcÕ=ã<ä¼-«~×}U½´¿»l-«Ï[;8eí<»X.hS«ººººl[[[[üQä|o«Y»?PmbbZ(&pæë±»cehÿñ³Ûý%cÎkTûÍ+à=XXXååååhSSSº<(±º<¹Ï<ÿýcd³-vUcÿè
ÿåÄgZbµÐ{ÿå}}}}©e}}}}}}}g®|&A¸lZ®oÄA\
ú\
­\
r\
@\
@\
ä\
È\
\
\
X\
N\
F\
/\
¸b@+
Û+
+
V+
6+
5+
3+
)+
AYW
¾W
BW
2W
"W
W²
 ¼[!'´!å!¸²!¸²!¸²[!¸²;!¸¶0!g,!¸²&!¸²$!½U¬+@,É_@9.-('#
¸ÿà@+J°KKSBK°ÀcKb °öS#¸
QZ°#B°KKTB°7+K¸ÿR°8+K° P[X±Y°8+°¸TX¸ÿ±°CX¹,¹,YYK° PX±Yv??>9FD>9FD>9FD>9FD>9F`D>9F`D+++++++++++++++++++++++°7+°KSX°ªY°2KSX°ÿYK¸S \X¹86ED¹76EDYX¹
8ERX¹8
DYYK¸S \X¹ 8ED¹!8EDYX¹
 ERX¹ DYYK¸S \X¹7ED¹%7EDYX¹
ERX¹
DYYK¸S \X±=!ED±!!EDYX¹
=ERX¹=
DYYK¸S \X±g!ED±!!EDYX¹
gERX¹g
DYYK¸S \X±!!ED±!!EDYX¹à!ERX¹!àDYYK¸S \X±!!ED±!EDYX¹à!ERX¹!àDYYK¸S \X±!!ED±%!EDYX¹à!ERX¹!àDYY+++++++++++eB++++++++++++++++++++++++++++¹JÖ±CzEe#E`#Ee`#E`°vh°b ¹CÖEe#E °&`bch °&ae¸Ö#eD°C#D ±JzEe#E °&`bch °&ae°z#eD°J#D±zETX±z@eD²J@JE#aDY³Ga*­Ee#E`#Ee`#E`°vh°b ±*aEe#E °&`bch °&ae°a#eD°*#D ±G­Ee#E °&`bch °&ae°­#eD°G#D±­ETX±­@eD²G@GE#aDYKSBKPX±BYC\X±BY³
CX`!YBp>°CX¹;!~º¨+Y°#B°
#B°CX¹-A-Aº+Y°#B°#B°CX¹~;!º¨+Y°#B°#BEiDEiDssEiDEiDEiDEiDEiDEiDEiDEiDEiDEiDEiDEiDEiDEiDssst^s^sssstsstssstusst++++sstC\XAssYt++++sssssssssssssssssÿÿv*c513R(f466W ÿ 
 !"#$%&'()*+,-./0123456789:;<=>?@ABCDEFGHIJKLMNOPQRSTUVWXYZ[\]^_`abcdefghijklmnopqrstuvwxyz{|}~ ¡¢£¤¥¦§¨©ª«¬­®¯°±²³´µ¶·¸¹º»¼½¾¿ÀÁÂÃÄÅÆÇÈÉÊËÌÍÎÏÐÑÒÓÔÕÖ×ØÙÚÛÜÝÞß*c16535D*c269E(s456WÂ
ç-4@#@õø$C$L$*$`
dm$Ìóôð$,*"(
!,*'
%--$%$%%$$#$%#$$ $-%$#( $ -%¸@[$M ½¸@@M $ù(¸=@O(o((.Ç¼¸$+Nô]Mô<íý<íí]íí?<í?ä?99999.+}Ä.+}Ä.+}Ä.+}Ä93399910]]q]4632%632#"/#"&54?%.54632V
þï©©©©þîþáYYè
éé
èZf(16A(s16.67h7.25V(16535X-*p784Y*p1500X(0N(s3t0b0s12.00v10.00h0PUNITED STATES COURT OF APPEALS*p884Y*p1770XFOR THE FIRST CIRCUIT*p984Y*p1800X____________________*p1184Y*p300XNo. 97-1421*p1284Y*p300XNo. 97-1461*p1384Y*p300XNo. 97-1473*p1584Y*p2160XMINH TU,*p1784Y*p1770XPlaintiff, Appellant,*p1984Y*p2340Xv.*p2184Y*p1140XMUTUAL LIFE INSURANCE COMPANY OF NEW YORK,*p2284Y*p1290XUNION CENTRAL LIFE INSURANCE COMPANY,*p2384Y*p1380XJOHN ALDEN LIFE INSURANCE COMPANY,*p2584Y*p1740XDefendants, Appellees.*p2784Y*p1800X____________________*p2984Y*p1050XAPPEALS FROM THE UNITED STATES DISTRICT COURT*p3184Y*p1410XFOR THE DISTRICT OF MASSACHUSETTS*p3384Y*p1080X[Hon. Robert E. Keeton, U.S. District Judge]*p3584Y*p1800X____________________*p3784Y*p2220XBefore*p3984Y*p1710X Boudin, Circuit Judge,*p4184Y*p1212XGodbold*p1668X and Cyr, Senior Circuit Judges.*p4143Y*p1632X(16A(s16.67h7.25V(16535X-*p4384Y*p1800X(0N(s3t0b0s12.00v10.00h0P____________________*p4584Y*p570XOw*p-1Xe*p-1Xn*p-1X *p-1XG*p-1Xa*p-1Xl*p-1Xl*p-1Xa*p-1Xg*p-1Xh*p-1Xe*p-1Xr*p-1X *p-1Xw*p-1Xi*p-1Xt*p-1Xh*p-1X *p-1Xw*p-1Xh*p-1Xo*p-1Xm*p-1X *p-1XG*p-1Xa*p-1Xr*p-1Xr*p-1Xe*p-1Xt*p-1Xt Harris and Gallagher & Gallagher,*p4684Y*p300XP.C. were on consolidated brief for appellant.*p4784Y*p570XJ*p+1Xo*p+1Xs*p+1Xe*p+1Xp*p+1Xh*p+1X *p+2XH. *p+2XSkerry *p+2XIII *p+2Xwith *p+2Xwhom *p+2XMark *p+2XM. *p+2XOwen *p+2Xand *p+2XLyne, *p+2XWoodworth *p+2X&*p4884Y*p300XEvarts LLP were on consolidated brief for appellees.*p5184Y*p1800X____________________*p5384Y*p1890XFebruary 13, 1998*p5484Y*p1800X____________________*p3390Y*p2520X*r1A*b2M*b10Wÿóÿðó*b3M*b0W*b0W*b0W*b0W*b0W*p3990Y*rB*p2248X*r1A*b2M*b10W?¡ÿü¤*b3M*b0W*b0W*b0W*b0W*b0W*p4190Y*rB*p2264X*r1A*b2M*b10Wÿäÿâ*b3M*b0W*b0W*b0W*b0W*b0W*p4590Y*rB*p568X*r1A*b2M*b22W?ÿø±ÿÜÿäÿÔ*b3M*b0W*b0W*b0W*b0W*b0W*p4690Y*rB*p296X*r1A*b2M*b16Wäÿðí*b3M*b0W*b0W*b0W*b0W*b0W*p4790Y*rB*p568X*r1A*b2M*b24W?ÿëÿü®§ÿðÜÿðÜ*b3M*b0W*b0W*b0W*b0W*b0W*p4890Y*rB*p296X*r1A*b2M*b14W·ÿð*b3M*b0W*b0W*b0W*b0W*b0W*rB*b0M
*p5884Y*p2310X-2-*p2310X-2-*p704Y*p870XB*p-1XO*p-1XU*p-1XD*p-1XI*p-1XN*p-1X,*p-1X *p-2XC*p-1Xi*p-1Xr*p-1Xc*p-1Xu*p-1Xi*p-1Xt*p-1X *p-2XJ*p-1Xu*p-1Xd*p-1Xg*p-1Xe*p-1X.*p-1X *p-2X *p-2XT*p-1Xh*p-1Xi*p-1Xs*p-1X *p-1Xi*p-1Xs*p-1X *p-1Xa*p-1Xn*p-1X *p-1Xa*p-1Xp*p-1Xp*p-1Xe*p-1Xa*p-1Xl*p-1X *p-1Xb*p-1Xy*p-1X *p-1XM*p-1Xi*p-1Xn*p-1Xh*p-1X *p-1XT*p-1Xu*p-1X *p-1Xf*p-1Xr*p-1Xo*p-1Xm*p904Y*p570Xa *p+15Xdistrict *p+15Xcourt *p+15Xdecision *p+15Xrejecting *p+15Xhis *p+15Xclaims *p+15Xand *p+15Xgranting*p1104Y*p570Xs*p+1Xu*p+1Xm*p+1Xm*p+1Xa*p+1Xr*p+1Xy *p+6Xjudgment *p+6Xto *p+6Xthe *p+6Xdefendants. *p+6X *p+6XHis *p+6Xcomplaint *p+6Xsought *p+6Xto*p1304Y*p570Xrecover *p+20Xjust *p+20Xover *p+20X$3.9 *p+20Xmillion *p+20Xin *p+20Xlife *p+20Xinsurance *p+20Xissued *p+20Xby*p1504Y*p570Xth*p-1Xr*p-1Xe*p-1Xe*p-1X *p-1Xd*p-1Xi*p-1Xf*p-1Xf*p-1Xe*p-1Xr*p-1Xe*p-1Xn*p-1Xt*p-1X *p-1Xi*p-1Xn*p-1Xs*p-1Xu*p-1Xr*p-1Xe*p-1Xr*p-1Xs*p-1X *p-1Xo*p-1Xn*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xl*p-1Xi*p-1Xf*p-1Xe*p-1X *p-1Xo*p-1Xf*p-1X *p-1XM*p-1Xi*p-1Xn*p-1Xh*p-1X *p-1XT*p-1Xu*p-1X'*p-1Xs*p-1X *p-1Xw*p-1Xi*p-1Xf*p-1Xe*p-1X,*p-1X *p-1XP*p-1Xh*p-1Xu*p-1Xo*p-1Xn*p-1Xg*p1704Y*p570XL*p+1Xy*p+1X.*p+1X *p+7X *p+7XS*p+1Xummary *p+6Xjudgment *p+6Xwas *p+6Xgranted *p+6Xbecause *p+6Xthe *p+6Xdistrict *p+6Xcourt*p1904Y*p570Xfo*p-1Xu*p-1Xn*p-1Xd*p-1X *p-1Xi*p-1Xn*p-1Xs*p-1Xu*p-1Xf*p-1Xf*p-1Xi*p-1Xc*p-1Xi*p-1Xe*p-1Xn*p-1Xt*p-1X *p-1Xa*p-1Xd*p-1Xm*p-1Xi*p-1Xs*p-1Xs*p-1Xi*p-1Xb*p-1Xl*p-1Xe*p-1X *p-1Xe*p-1Xv*p-1Xi*p-1Xd*p-1Xe*p-1Xn*p-1Xc*p-1Xe*p-1X *p-1Xo*p-1Xf*p-1X *p-1XP*p-1Xh*p-1Xu*p-1Xo*p-1Xn*p-1Xg*p-1X *p-1XL*p-1Xy*p-1X'*p-1Xs*p-1X *p-1Xd*p-1Xe*p-1Xa*p-1Xt*p-1Xh*p-1X *p-1Xt*p-1Xo*p2104Y*p570Xsubmit the case to a jury.*p2304Y*p870XWhat *p+15Xfollow *p+15Xare *p+15Xfacts *p+15Xthat *p+15Xare *p+15Xundisputed *p+15Xor *p+15Xrepresent*p2504Y*p570XMinh *p+12XTu's *p+12Xversion *p+12Xof *p+12Xevents. *p+12X *p+12XRandlett *p+12Xv. *p+12XShalala, *p+12X118 *p+12XF.3d*p2704Y*p570X85*p-1X7*p-1X,*p-1X *p-1X8*p-1X5*p-1X8*p-1X *p-1X(*p-1X1*p-1Xs*p-1Xt*p-1X *p-1XC*p-1Xi*p-1Xr*p-1X.*p-1X *p-1X1*p-1X9*p-1X9*p-1X7*p-1X)*p-1X.*p-1X *p-1X *p-1XM*p-1Xi*p-1Xn*p-1Xh*p-1X *p-1XT*p-1Xu*p-1X *p-1Xa*p-1Xn*p-1Xd*p-1X *p-1Xh*p-1Xi*p-1Xs*p-1X *p-1Xw*p-1Xi*p-1Xf*p-1Xe*p-1X,*p-1X *p-1Xt*p-1Xo*p-1Xg*p-1Xe*p-1Xt*p-1Xh*p-1Xe*p-1Xr*p-1X *p-1Xw*p-1Xi*p-1Xt*p-1Xh*p2904Y*p570Xth*p-1Xe*p-1Xi*p-1Xr*p-1X *p-1Xc*p-1Xh*p-1Xi*p-1Xl*p-1Xd*p-1Xr*p-1Xe*p-1Xn*p-1X,*p-1X *p-1Xc*p-1Xa*p-1Xm*p-1Xe*p-1X *p-1Xt*p-1Xo*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1XU*p-1Xn*p-1Xi*p-1Xt*p-1Xe*p-1Xd*p-1X *p-1XS*p-1Xt*p-1Xa*p-1Xt*p-1Xe*p-1Xs*p-1X *p-1Xf*p-1Xr*p-1Xo*p-1Xm*p-1X *p-1XV*p-1Xi*p-1Xe*p-1Xt*p-1Xn*p-1Xa*p-1Xm*p-1X *p-1Xi*p-1Xn*p-1X *p-1X1*p-1X9*p-1X8*p-1X0*p3104Y*p570Xan*p-1Xd*p-1X *p-1Xs*p-1Xe*p-1Xt*p-1Xt*p-1Xl*p-1Xe*p-1Xd*p-1X *p-1Xi*p-1Xn*p-1X *p-1XB*p-1Xo*p-1Xs*p-1Xt*p-1Xo*p-1Xn*p-1X.*p-1X *p-1X *p-1XT*p-1Xh*p-1Xe*p-1X *p-1Xc*p-1Xo*p-1Xu*p-1Xp*p-1Xl*p-1Xe*p-1X *p-1Xe*p-1Xn*p-1Xg*p-1Xa*p-1Xg*p-1Xe*p-1Xd*p-1X *p-1Xi*p-1Xn*p-1X *p-1Xv*p-1Xa*p-1Xr*p-1Xi*p-1Xo*p-1Xu*p-1Xs*p-1X *p-1Xb*p-1Xu*p-1Xs*p-1Xi*p-1Xn*p-1Xe*p-1Xs*p-1Xs*p3304Y*p570Xventures including a jewelry store and a hotel. In the early*p3504Y*p570X1990's, Minh Tu and his wife were in financial difficulty and*p3704Y*p570Xmissed a number of mortgage, rent and tax payments.*p3904Y*p870XI*p+1Xn*p+1X *p+7XJ*p+1Xu*p+1Xn*p+1Xe *p+6X1984 *p+6Xand *p+6XNovember *p+6X1985, *p+6XPhuong *p+6XLy *p+6Xacquired *p+6Xlife*p4104Y*p570Xi*p+1Xn*p+1Xs*p+1Xu*p+1Xrance *p+7Xpolicies *p+7Xfrom *p+7XMutual *p+7XLife *p+7XInsurance *p+7XCompany *p+7Xof *p+7XNew*p4304Y*p570XYo*p-1Xr*p-1Xk*p-1X *p-1Xa*p-1Xn*p-1Xd*p-1X *p-1XJ*p-1Xo*p-1Xh*p-1Xn*p-1X *p-1XA*p-1Xl*p-1Xd*p-1Xe*p-1Xn*p-1X *p-1XL*p-1Xi*p-1Xf*p-1Xe*p-1X *p-1XI*p-1Xn*p-1Xs*p-1Xu*p-1Xr*p-1Xa*p-1Xn*p-1Xc*p-1Xe*p-1X *p-1XC*p-1Xo*p-1Xm*p-1Xp*p-1Xa*p-1Xn*p-1Xy*p-1X,*p-1X *p-1Xr*p-1Xe*p-1Xs*p-1Xp*p-1Xe*p-1Xc*p-1Xt*p-1Xi*p-1Xv*p-1Xe*p-1Xl*p-1Xy*p-1X,*p-1X *p-1Xw*p-1Xi*p-1Xt*p-1Xh*p4504Y*p570Xtotal *p+12Xdeath *p+12Xbenefits *p+12Xof *p+12X$375,000. *p+12X *p+12XHowever, *p+12Xthe *p+12Xbulk *p+12Xof *p+12Xthe*p4704Y*p570Xin*p-1Xs*p-1Xu*p-1Xr*p-1Xa*p-1Xn*p-1Xc*p-1Xe*p-1X *p-1Xo*p-1Xn*p-1X *p-1Xh*p-1Xe*p-1Xr*p-1X *p-1Xl*p-1Xi*p-1Xf*p-1Xe*p-1X *p-1Xw*p-1Xa*p-1Xs*p-1X *p-1Xo*p-1Xb*p-1Xt*p-1Xa*p-1Xi*p-1Xn*p-1Xe*p-1Xd*p-1X *p-1Xi*p-1Xn*p-1X *p-1Xl*p-1Xa*p-1Xt*p-1Xe*p-1X *p-1X1*p-1X9*p-1X9*p-1X1*p-1X *p-1Xa*p-1Xn*p-1Xd*p-1X *p-1Xe*p-1Xa*p-1Xr*p-1Xl*p-1Xy*p-1X *p-1X1*p-1X9*p-1X9*p-1X2*p4904Y*p570Xwhen *p+18XUnion *p+17XCentral *p+17XLife *p+17XInsurance *p+17XCompany *p+17Xissued *p+17Xadditional*p5104Y*p570Xpolicies *p+6Xto *p+6Xher *p+6Xwith *p+6Xbenefits *p+6Xof *p+6X$3.5 *p+6Xmillion. *p+6X *p+6XThe *p+6Xpremiums*p5304Y*p570Xwe*p-1Xr*p-1Xe*p-1X *p-1Xv*p-1Xe*p-1Xr*p-1Xy*p-1X *p-1Xl*p-1Xa*p-1Xr*p-1Xg*p-1Xe*p-1X,*p-1X *p-1Xa*p-1Xm*p-1Xo*p-1Xu*p-1Xn*p-1Xt*p-1Xi*p-1Xn*p-1Xg*p-1X *p-1Xt*p-1Xo*p-1X *p-1X$*p-1X6*p-1X0*p-1X,*p-1X0*p-1X0*p-1X0*p-1X *p-1Xt*p-1Xo*p-1X *p-1X$*p-1X8*p-1X0*p-1X,*p-1X0*p-1X0*p-1X0*p-1X *p-1Xp*p-1Xe*p-1Xr*p-1X *p-1Xy*p-1Xe*p-1Xa*p-1Xr*p-1X;*p-1X *p-1Xb*p-1Xu*p-1Xt*p5504Y*p570XMinh Tu later said that the Union Central policies were taken*p710Y*p1336X*r1A*b2M*b12W¢ÿà±*b3M*b0W*b0W*b0W*b0W*b0W*p2510Y*rB*p2440X*r1A*b2M*b18W?ÆÿÀá?Îÿüì*b3M*b0W*b0W*b0W*b0W*b0W*rB*b0M
*p5884Y*p2310X-3-*p2310X-3-*p704Y*p570Xt*p+1Xo*p+1X *p+27Xa*p+1Xc*p+1Xc*p+1Xommodate *p+26Xthe *p+26Xsalesman *p+26Xand *p+26Xto *p+26Xhelp *p+26Xthe *p+26Xfamily *p+26Xobtain*p904Y*p570Xcommercial loans.*p1104Y*p870XIn *p+12Xlate *p+12X1992, *p+12XMinh *p+12XTu *p+12Xand *p+12XPhuong *p+12XLy *p+12Xvisited *p+12XVietnam *p+12Xto*p1304Y*p570Xp*p+1Xu*p+1Xr*p+1Xsue *p+13Xopportunities *p+13Xto *p+13Ximport *p+13Xbeer *p+13Xto *p+13XVietnam. *p+13X *p+13XIn *p+13XJanuary*p1504Y*p570X1*p-1X9*p-1X9*p-1X3*p-1X,*p-1X *p-7XP*p-1Xh*p-1Xu*p-1Xo*p-1Xn*p-1Xg*p-1X *p-7XL*p-1Xy*p-1X *p-7Xt*p-1Xr*p-1Xa*p-1Xv*p-1Xe*p-1Xl*p-1Xe*p-1Xd*p-1X *p-6Xa*p-1Xl*p-1Xo*p-1Xn*p-1Xe*p-1X *p-6Xf*p-1Xr*p-1Xo*p-1Xm*p-1X *p-6XB*p-1Xo*p-1Xs*p-1Xt*p-1Xo*p-1Xn*p-1X *p-6Xt*p-1Xo*p-1X *p-6XH*p-1Xo*p-1X *p-6XC*p-1Xh*p-1Xi*p-1X *p-6XM*p-1Xi*p-1Xn*p-1Xh*p-1X *p-6XC*p-1Xi*p-1Xt*p-1Xy*p-1X.*p1704Y*p570XA*p+1Xc*p+1Xc*p+1Xo*p+1Xr*p+1Xding *p+5Xto *p+5XMinh *p+5XTu, *p+5Xthe *p+5Xpurpose *p+5Xfor *p+5Xhis *p+5Xwife's *p+5Xtrip *p+5Xwas *p+5Xto*p1904Y*p570Xvi*p-1Xs*p-1Xi*p-1Xt*p-1X *p-1Xr*p-1Xe*p-1Xs*p-1Xt*p-1Xa*p-1Xu*p-1Xr*p-1Xa*p-1Xn*p-1Xt*p-1Xs*p-1X *p-1Xi*p-1Xn*p-1X *p-1XH*p-1Xo*p-1X *p-1XC*p-1Xh*p-1Xi*p-1X *p-1XM*p-1Xi*p-1Xn*p-1Xh*p-1X *p-1XC*p-1Xi*p-1Xt*p-1Xy*p-1X *p-1Xt*p-1Xo*p-1X *p-1Xs*p-1Xe*p-1Xe*p-1X *p-1Xi*p-1Xf*p-1X *p-1Xi*p-1Xn*p-1Xt*p-1Xe*p-1Xr*p-1Xe*p-1Xs*p-1Xt*p-1X *p-1Xc*p-1Xo*p-1Xu*p-1Xl*p-1Xd*p2104Y*p570Xbe*p-1X *p-1Xd*p-1Xe*p-1Xv*p-1Xe*p-1Xl*p-1Xo*p-1Xp*p-1Xe*p-1Xd*p-1X *p-1Xi*p-1Xn*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xb*p-1Xe*p-1Xe*p-1Xr*p-1X *p-1Xv*p-1Xe*p-1Xn*p-1Xt*p-1Xu*p-1Xr*p-1Xe*p-1X.*p-1X *p-1X *p-1XP*p-1Xh*p-1Xu*p-1Xo*p-1Xn*p-1Xg*p-1X *p-1XL*p-1Xy*p-1X *p-1Xa*p-1Xr*p-1Xr*p-1Xi*p-1Xv*p-1Xe*p-1Xd*p-1X *p-1Xi*p-1Xn*p-1X *p-1XH*p-1Xo*p-1X *p-1XC*p-1Xh*p-1Xi*p2304Y*p570XMi*p-1Xn*p-1Xh*p-1X *p-1XC*p-1Xi*p-1Xt*p-1Xy*p-1X *p-1Xo*p-1Xn*p-1X *p-1XJ*p-1Xa*p-1Xn*p-1Xu*p-1Xa*p-1Xr*p-1Xy*p-1X *p-1X1*p-1X3*p-1X,*p-1X *p-1X1*p-1X9*p-1X9*p-1X3*p-1X,*p-1X *p-1Xa*p-1Xn*p-1Xd*p-1X *p-1Xs*p-1Xt*p-1Xa*p-1Xy*p-1Xe*p-1Xd*p-1X *p-1Xa*p-1Xt*p-1X *p-1Xa*p-1X *p-1Xh*p-1Xo*p-1Xt*p-1Xe*p-1Xl*p-1X.*p-1X *p-1X *p-1XS*p-1Xh*p-1Xe*p-1X *p-1Xh*p-1Xa*p-1Xd*p2504Y*p570Xa *p-1Xr*p-1Xe*p-1Xt*p-1Xu*p-1Xr*p-1Xn*p-1X *p-1Xt*p-1Xi*p-1Xc*p-1Xk*p-1Xe*p-1Xt*p-1X *p-1Xt*p-1Xo*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1XU*p-1Xn*p-1Xi*p-1Xt*p-1Xe*p-1Xd*p-1X *p-1XS*p-1Xt*p-1Xa*p-1Xt*p-1Xe*p-1Xs*p-1X *p-1Xf*p-1Xo*p-1Xr*p-1X *p-1XF*p-1Xe*p-1Xb*p-1Xr*p-1Xu*p-1Xa*p-1Xr*p-1Xy*p-1X *p-1X7*p-1X,*p-1X *p-1X1*p-1X9*p-1X9*p-1X3*p-1X,*p-1X *p-1Xa*p-1Xn*p-1Xd*p2704Y*p570Xa three-month Vietnamese visa.*p2904Y*p870XAccording to Minh Tu, Phuong Ly next traveled to an area*p3104Y*p570Xof Vietnam close to the Cambodian border, arriving at a hotel*p3304Y*p570Xin the town of Chau Doc at around 9 p.m. on January 25, 1993.*p3504Y*p570XPhuong Ly called Minh Tu from the hotel and told him that she*p3704Y*p570Xw*p-1Xa*p-1Xs*p-1X *p-7Xg*p-1Xo*p-1Xi*p-1Xn*p-1Xg*p-1X *p-7Xt*p-1Xo*p-1X *p-7Xv*p-1Xi*p-1Xs*p-1Xi*p-1Xt*p-1X *p-6Xa*p-1Xn*p-1X *p-6Xi*p-1Xm*p-1Xp*p-1Xo*p-1Xr*p-1Xt*p-1Xa*p-1Xn*p-1Xt*p-1X *p-6XB*p-1Xu*p-1Xd*p-1Xd*p-1Xh*p-1Xi*p-1Xs*p-1Xt*p-1X *p-6Xs*p-1Xh*p-1Xr*p-1Xi*p-1Xn*p-1Xe*p-1X *p-6Xi*p-1Xn*p-1X *p-6Xt*p-1Xh*p-1Xe*p-1X *p-6Xc*p-1Xi*p-1Xt*p-1Xy*p-1X *p-6Xa*p-1Xn*p-1Xd*p3904Y*p570Xt*p-1Xh*p-1Xa*p-1Xt*p-1X *p-6Xs*p-1Xh*p-1Xe*p-1X *p-6Xw*p-1Xo*p-1Xu*p-1Xl*p-1Xd*p-1X *p-6Xt*p-1Xh*p-1Xe*p-1Xn*p-1X *p-6Xt*p-1Xr*p-1Xa*p-1Xv*p-1Xe*p-1Xl*p-1X *p-6Xt*p-1Xo*p-1X *p-6XC*p-1Xa*p-1Xm*p-1Xb*p-1Xo*p-1Xd*p-1Xi*p-1Xa*p-1X *p-5Xf*p-1Xo*p-1Xr*p-1X *p-5Xa*p-1X *p-5Xf*p-1Xe*p-1Xw*p-1X *p-5Xd*p-1Xa*p-1Xy*p-1Xs*p-1X.*p-1X *p-5X *p-5XM*p-1Xi*p-1Xn*p-1Xh*p-1X *p-5XT*p-1Xu*p4104Y*p570Xsa*p-1Xy*p-1Xs*p-1X *p-1Xt*p-1Xh*p-1Xa*p-1Xt*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xf*p-1Xo*p-1Xl*p-1Xl*p-1Xo*p-1Xw*p-1Xi*p-1Xn*p-1Xg*p-1X *p-1Xm*p-1Xo*p-1Xr*p-1Xn*p-1Xi*p-1Xn*p-1Xg*p-1X,*p-1X *p-1XP*p-1Xh*p-1Xu*p-1Xo*p-1Xn*p-1Xg*p-1X *p-1XL*p-1Xy*p-1X *p-1Xl*p-1Xe*p-1Xf*p-1Xt*p-1X *p-1Xa*p-1X *p-1Xc*p-1Xa*p-1Xr*p-1Xr*p-1Xy*p-1X-*p-1Xa*p-1Xl*p-1Xl*p-1X *p-1Xa*p-1Xt*p4304Y*p570Xthe *p+6Xhotel *p+6Xdesk, *p+6Xannounced *p+6Xthat *p+6Xshe *p+6Xwas *p+6Xplanning *p+6Xto *p+6Xtravel *p+6Xto*p4504Y*p570XC*p-1Xa*p-1Xm*p-1Xb*p-1Xo*p-1Xd*p-1Xi*p-1Xa*p-1X *p-6Xf*p-1Xo*p-1Xr*p-1X *p-6Xa*p-1X *p-6Xf*p-1Xe*p-1Xw*p-1X *p-6Xd*p-1Xa*p-1Xy*p-1Xs*p-1X *p-6Xa*p-1Xn*p-1Xd*p-1X *p-6Xs*p-1Xa*p-1Xi*p-1Xd*p-1X *p-5Xt*p-1Xh*p-1Xa*p-1Xt*p-1X *p-5Xs*p-1Xh*p-1Xe*p-1X *p-5Xw*p-1Xa*p-1Xs*p-1X *p-5Xr*p-1Xe*p-1Xn*p-1Xt*p-1Xi*p-1Xn*p-1Xg*p-1X *p-5Xa*p-1X *p-5Xc*p-1Xa*p-1Xr*p-1X *p-5Xf*p-1Xo*p-1Xr*p4704Y*p570Xthat purpose. An hour later she left the hotel by herself.*p4904Y*p870XPhuong Ly did not use her return ticket and has not been*p5104Y*p570Xseen alive again. Minh Tu traveled several times to Vietnam,*p5304Y*p570Xin *p+10XFebruary *p+10Xand *p+10XMarch *p+10X1993, *p+10Xto *p+10Xfind *p+10Xhis *p+10Xwife. *p+10X *p+10XOn *p+10Xthe *p+10Xfirst*p5504Y*p570Xtrip, *p+12XMinh *p+12XTu *p+12Xsays *p+12Xthat *p+12Xhe *p+12Xwas *p+12Xtold *p+12Xby *p+12XVietnamese *p+12Xofficials*b0M
*p5884Y*p2310X-4-*p2310X-4-*p704Y*p570Xthat his wife had been killed by bandits in Cambodia. On the*p904Y*p570Xse*p-1Xc*p-1Xo*p-1Xn*p-1Xd*p-1X *p-1Xt*p-1Xr*p-1Xi*p-1Xp*p-1X,*p-1X *p-1Xa*p-1Xc*p-1Xc*p-1Xo*p-1Xr*p-1Xd*p-1Xi*p-1Xn*p-1Xg*p-1X *p-1Xt*p-1Xo*p-1X *p-1XM*p-1Xi*p-1Xn*p-1Xh*p-1X *p-1XT*p-1Xu*p-1X,*p-1X *p-1Xa*p-1X *p-1XV*p-1Xi*p-1Xe*p-1Xt*p-1Xn*p-1Xa*p-1Xm*p-1Xe*p-1Xs*p-1Xe*p-1X *p-1Xp*p-1Xo*p-1Xl*p-1Xi*p-1Xc*p-1Xe*p-1X *p-1Xo*p-1Xf*p-1Xf*p-1Xi*p-1Xc*p-1Xe*p-1Xr*p1104Y*p570Xtraveled into Cambodia and returned with a set of documents--*p1304Y*p570Xh*p+1Xe*p+1Xr*p+1Xe*p+1Xa*p+1Xfter *p+25Xreferred *p+25Xto *p+25Xas *p+25Xthe *p+25XCambodian *p+25Xdocuments--which *p+25XTu*p1504Y*p570Xbrought back to the United States. Minh Tu also has produced*p1704Y*p570Xh*p+1Xi*p+1Xs*p+1X *p+51Xwife's *p+51Xdamaged *p+51Xpassport, *p+51Xsaying *p+51Xthat *p+51Xthe *p+51XVietnamese*p1904Y*p570Xreturned it to him, but no admissible evidence explains where*p2104Y*p570Xor how the passport was discovered.*p2304Y*p870XT*p-1Xh*p-1Xe*p-1X *p-2XC*p-1Xa*p-1Xm*p-1Xb*p-1Xo*p-1Xd*p-1Xi*p-1Xa*p-1Xn*p-1X *p-2Xd*p-1Xo*p-1Xc*p-1Xu*p-1Xm*p-1Xe*p-1Xn*p-1Xt*p-1Xs*p-1X,*p-1X *p-2Xp*p-1Xu*p-1Xr*p-1Xp*p-1Xo*p-1Xr*p-1Xt*p-1Xi*p-1Xn*p-1Xg*p-1X *p-2Xt*p-1Xo*p-1X *p-1Xh*p-1Xa*p-1Xv*p-1Xe*p-1X *p-1Xb*p-1Xe*p-1Xe*p-1Xn*p-1X *p-1Xp*p-1Xr*p-1Xe*p-1Xp*p-1Xa*p-1Xr*p-1Xe*p-1Xd*p2504Y*p570Xb*p-1Xy*p-1X *p-8Xa*p-1Xn*p-1X *p-8Xi*p-1Xn*p-1Xv*p-1Xe*p-1Xs*p-1Xt*p-1Xi*p-1Xg*p-1Xa*p-1Xt*p-1Xo*p-1Xr*p-1X *p-8Xo*p-1Xf*p-1X *p-8Xa*p-1X *p-7Xg*p-1Xo*p-1Xv*p-1Xe*p-1Xr*p-1Xn*p-1Xm*p-1Xe*p-1Xn*p-1Xt*p-1X *p-7Xs*p-1Xe*p-1Xc*p-1Xu*p-1Xr*p-1Xi*p-1Xt*p-1Xy*p-1X *p-7Xs*p-1Xe*p-1Xr*p-1Xv*p-1Xi*p-1Xc*p-1Xe*p-1X *p-7Xi*p-1Xn*p-1X *p-7XC*p-1Xa*p-1Xm*p-1Xb*p-1Xo*p-1Xd*p-1Xi*p-1Xa*p2704Y*p570X(Captain *p+6XSe *p+6XSa *p+6XRoeun), *p+6Xincluded *p+6Xa *p+6Xreport, *p+6Xa *p+6Xnotice *p+6Xof *p+6Xdeath,*p2904Y*p570Xand *p+6Xa *p+6Xcertification. *p+6X *p+6XAccording *p+6Xto *p+6Xthe *p+6Xreport, *p+6Xa *p+6Xfemale *p+6Xbody*p3104Y*p570Xhad been found by the local villagers on January 27, 1993, in*p3304Y*p570Xthe *p+12Xborder *p+12Xarea *p+12Xof *p+12XCambodia *p+12Xnearby *p+12Xthe *p+12Xarea *p+12Xof *p+12XVietnam *p+12Xfrom*p3504Y*p570Xwhich Phuong Ly had allegedly made her final phone call. The*p3704Y*p570Xdocuments said that the body had been cremated, and the death*p3904Y*p570Xcertificate identified Phuong Ly.*p4104Y*p870XI*p+1Xn*p+1X *p+53XA*p+1Xpril *p+52X1993, *p+52XMinh *p+52XTu's *p+52Xson, *p+52XPaul, *p+52Xsubmitted *p+52Xthe*p4304Y*p570XC*p-1Xa*p-1Xm*p-1Xb*p-1Xo*p-1Xd*p-1Xi*p-1Xa*p-1Xn*p-1X *p-9Xd*p-1Xo*p-1Xc*p-1Xu*p-1Xm*p-1Xe*p-1Xn*p-1Xt*p-1Xs*p-1X *p-9Xt*p-1Xo*p-1X *p-8Xt*p-1Xh*p-1Xe*p-1X *p-8Xt*p-1Xo*p-1Xw*p-1Xn*p-1X *p-8Xc*p-1Xl*p-1Xe*p-1Xr*p-1Xk*p-1X *p-8Xo*p-1Xf*p-1X *p-8XM*p-1Xi*p-1Xl*p-1Xt*p-1Xo*p-1Xn*p-1X,*p-1X *p-8XM*p-1Xa*p-1Xs*p-1Xs*p-1Xa*p-1Xc*p-1Xh*p-1Xu*p-1Xs*p-1Xe*p-1Xt*p-1Xt*p-1Xs*p-1X,*p4504Y*p570Xan*p-1Xd*p-1X *p-1Xr*p-1Xe*p-1Xq*p-1Xu*p-1Xe*p-1Xs*p-1Xt*p-1Xe*p-1Xd*p-1X *p-1Xa*p-1X *p-1Xd*p-1Xe*p-1Xa*p-1Xt*p-1Xh*p-1X *p-1Xc*p-1Xe*p-1Xr*p-1Xt*p-1Xi*p-1Xf*p-1Xi*p-1Xc*p-1Xa*p-1Xt*p-1Xe*p-1X.*p-1X *p-1X *p-1XT*p-1Xh*p-1Xe*p-1X *p-1Xt*p-1Xo*p-1Xw*p-1Xn*p-1X *p-1Xc*p-1Xl*p-1Xe*p-1Xr*p-1Xk*p-1X,*p-1X *p-1Xw*p-1Xh*p-1Xo*p-1X *p-1Xi*p-1Xs*p-1X *p-1Xt*p-1Xh*p-1Xe*p4704Y*p570Xa*p+1Xu*p+1Xt*p+1Xh*p+1Xo*p+1Xrized *p+25Xregistrar *p+25Xof *p+25Xdeaths *p+25Xof *p+25Xtown *p+25Xresidents, *p+25Xrecorded*p4904Y*p570XP*p+1Xh*p+1Xu*p+1Xo*p+1Xng *p+37XLy's *p+37Xdeath *p+37Xand *p+37Xprovided *p+37Xthe *p+37Xcertificate. *p+37X *p+37XShortly*p5104Y*p570Xthereafter, *p+15XMinh *p+15XTu *p+15Xsubmitted *p+15Xclaims *p+15Xto *p+15Xall *p+15Xthree *p+15Xinsurance*p5304Y*p570Xc*p+1Xo*p+1Xmpanies, *p+34Xsupported *p+34Xby *p+34Xthe *p+34XMilton *p+34Xdeath *p+34Xcertificate, *p+34Xthe*p5504Y*p570XC*p+1Xa*p+1Xm*p+1Xb*p+1Xo*p+1Xd*p+1Xian *p+26Xdocuments, *p+26Xa *p+26Xstatement *p+26Xthat *p+26XMinh *p+26XTu *p+26Xsaid *p+26Xhe *p+26Xhad*b0M
*p5884Y*p2310X-5-*p2310X-5-*p704Y*p570Xob*p-1Xt*p-1Xa*p-1Xi*p-1Xn*p-1Xe*p-1Xd*p-1X *p-1Xf*p-1Xr*p-1Xo*p-1Xm*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xh*p-1Xo*p-1Xt*p-1Xe*p-1Xl*p-1X *p-1Xc*p-1Xl*p-1Xe*p-1Xr*p-1Xk*p-1X *p-1Xi*p-1Xn*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xb*p-1Xo*p-1Xr*p-1Xd*p-1Xe*p-1Xr*p-1X *p-1Xt*p-1Xo*p-1Xw*p-1Xn*p-1X,*p-1X *p-1Xa*p-1Xn*p-1Xd*p-1X *p-1Xa*p-1X *p-1Xr*p-1Xe*p-1Xp*p-1Xo*p-1Xr*p-1Xt*p904Y*p570Xof Minh Tu's own investigation.*p1104Y*p870XI*p+1Xn*p+1X *p+38Xd*p+1Xue *p+37Xcourse, *p+37Xthe *p+37Xinsurers *p+37Xsent *p+37Xan *p+37Xinvestigator *p+37Xto*p1304Y*p570XV*p-1Xi*p-1Xe*p-1Xt*p-1Xn*p-1Xa*p-1Xm*p-1X *p-8Xa*p-1Xn*p-1Xd*p-1X *p-8Xa*p-1Xl*p-1Xs*p-1Xo*p-1X *p-8Xa*p-1Xs*p-1Xk*p-1Xe*p-1Xd*p-1X *p-8Xt*p-1Xh*p-1Xe*p-1X *p-7XU*p-1X.*p-1XS*p-1X.*p-1X *p-7XS*p-1Xt*p-1Xa*p-1Xt*p-1Xe*p-1X *p-7XD*p-1Xe*p-1Xp*p-1Xa*p-1Xr*p-1Xt*p-1Xm*p-1Xe*p-1Xn*p-1Xt*p-1X *p-7Xt*p-1Xo*p-1X *p-7Xi*p-1Xn*p-1Xv*p-1Xe*p-1Xs*p-1Xt*p-1Xi*p-1Xg*p-1Xa*p-1Xt*p-1Xe*p1504Y*p570Xthe *p+36Xreported *p+36Xdeath. *p+36X *p+36XAn *p+36Xofficial *p+36Xin *p+36Xthe *p+36XU.S. *p+36XEmbassy *p+36Xin*p1704Y*p570XC*p+1Xa*p+1Xm*p+1Xb*p+1Xodia *p+7Xsaid *p+7Xthat *p+7Xthe *p+7Xso-called *p+7XCambodian *p+7Xdocuments *p+7Xdid *p+7Xnot*p1904Y*p570Xcomport with the usual practice for death reports in Cambodia*p2104Y*p570Xand, *p+12Xfurther, *p+12Xthat *p+12XCaptain *p+12XSe *p+12XSa *p+12XRoeun *p+12Xhad *p+12Xtold *p+12Xthe *p+12Xembassy*p2304Y*p570Xt*p-1Xh*p-1Xa*p-1Xt*p-1X *p-6Xh*p-1Xe*p-1X *p-6Xh*p-1Xa*p-1Xd*p-1X *p-6Xn*p-1Xe*p-1Xv*p-1Xe*p-1Xr*p-1X *p-6Xs*p-1Xe*p-1Xe*p-1Xn*p-1X *p-6Xt*p-1Xh*p-1Xe*p-1X *p-6Xc*p-1Xo*p-1Xr*p-1Xp*p-1Xs*p-1Xe*p-1X *p-6Xa*p-1Xn*p-1Xd*p-1X *p-6Xw*p-1Xa*p-1Xs*p-1X *p-6Xa*p-1Xc*p-1Xt*p-1Xi*p-1Xn*p-1Xg*p-1X *p-6Xo*p-1Xn*p-1X *p-5Xt*p-1Xh*p-1Xe*p-1X *p-5Xr*p-1Xe*p-1Xp*p-1Xo*p-1Xr*p-1Xt*p-1Xs*p2504Y*p570Xo*p-1Xf*p-1X *p-7Xl*p-1Xo*p-1Xc*p-1Xa*p-1Xl*p-1X *p-7Xf*p-1Xa*p-1Xr*p-1Xm*p-1Xe*p-1Xr*p-1Xs*p-1X.*p-1X *p-7X *p-7XT*p-1Xh*p-1Xe*p-1X *p-7XU*p-1X.*p-1XS*p-1X.*p-1X *p-7Xo*p-1Xf*p-1Xf*p-1Xi*p-1Xc*p-1Xi*p-1Xa*p-1Xl*p-1X *p-7Xt*p-1Xh*p-1Xe*p-1Xr*p-1Xe*p-1Xf*p-1Xo*p-1Xr*p-1Xe*p-1X *p-7Xr*p-1Xe*p-1Xf*p-1Xu*p-1Xs*p-1Xe*p-1Xd*p-1X *p-6Xt*p-1Xo*p-1X *p-6Xi*p-1Xs*p-1Xs*p-1Xu*p-1Xe*p2704Y*p570Xan official report of death outside the United States.*p2904Y*p870XUltimately, the insurers refused to make payments on the*p3104Y*p570Xpolicies, and Minh Tu brought suit in the district court, for*p3304Y*p570Xbr*p-1Xe*p-1Xa*p-1Xc*p-1Xh*p-1X *p-1Xo*p-1Xf*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xi*p-1Xn*p-1Xs*p-1Xu*p-1Xr*p-1Xa*p-1Xn*p-1Xc*p-1Xe*p-1X *p-1Xc*p-1Xo*p-1Xn*p-1Xt*p-1Xr*p-1Xa*p-1Xc*p-1Xt*p-1Xs*p-1X *p-1Xa*p-1Xn*p-1Xd*p-1X *p-1Xa*p-1Xl*p-1Xs*p-1Xo*p-1X *p-1Xu*p-1Xn*p-1Xd*p-1Xe*p-1Xr*p-1X *p-1XM*p-1Xa*p-1Xs*p-1Xs*p-1X.*p-1X *p-1XG*p-1Xe*p-1Xn*p-1X.*p-1X *p-1XL*p-1X.*p3504Y*p570Xc*p+1X.*p+1X *p+34X93A *p+33Xand *p+33Xc. *p+33X176D, *p+33Xwhich *p+33Xgovern *p+33Xdeceptive *p+33Xpractices *p+33Xand*p3704Y*p570Xinsurance policies. After discovery, the insurance companies*p3904Y*p570Xm*p-1Xo*p-1Xv*p-1Xe*p-1Xd*p-1X *p-7Xf*p-1Xo*p-1Xr*p-1X *p-7Xs*p-1Xu*p-1Xm*p-1Xm*p-1Xa*p-1Xr*p-1Xy*p-1X *p-7Xj*p-1Xu*p-1Xd*p-1Xg*p-1Xm*p-1Xe*p-1Xn*p-1Xt*p-1X *p-7Xo*p-1Xn*p-1X *p-7Xt*p-1Xh*p-1Xe*p-1X *p-7Xc*p-1Xo*p-1Xn*p-1Xt*p-1Xr*p-1Xa*p-1Xc*p-1Xt*p-1X *p-7Xc*p-1Xl*p-1Xa*p-1Xi*p-1Xm*p-1Xs*p-1X.*p-1X *p-7X *p-6XO*p-1Xn*p-1X *p-6XN*p-1Xo*p-1Xv*p-1Xe*p-1Xm*p-1Xb*p-1Xe*p-1Xr*p4104Y*p570X1*p+1X5*p+1X,*p+1X *p+33X1996, *p+33Xthe *p+33Xdistrict *p+33Xcourt *p+33Xruled *p+33Xthat *p+33Xthe *p+33XMilton *p+33Xdeath*p4304Y*p570Xcertificate *p+18Xand *p+17Xthe *p+17XCambodian *p+17Xdocuments *p+17Xwere *p+17Xnot *p+17Xadmissible*p4504Y*p570Xevidence and granted summary judgment on the contract claims.*p4704Y*p570XL*p-1Xa*p-1Xt*p-1Xe*p-1Xr*p-1X *p-8Xa*p-1Xn*p-1X *p-8Xa*p-1Xp*p-1Xp*p-1Xe*p-1Xa*p-1Xl*p-1Xa*p-1Xb*p-1Xl*p-1Xe*p-1X *p-8Xj*p-1Xu*p-1Xd*p-1Xg*p-1Xm*p-1Xe*p-1Xn*p-1Xt*p-1X *p-8Xw*p-1Xa*p-1Xs*p-1X *p-7Xe*p-1Xn*p-1Xt*p-1Xe*p-1Xr*p-1Xe*p-1Xd*p-1X *p-7Xi*p-1Xn*p-1X *p-7Xf*p-1Xa*p-1Xv*p-1Xo*p-1Xr*p-1X *p-7Xo*p-1Xf*p-1X *p-7Xd*p-1Xe*p-1Xf*p-1Xe*p-1Xn*p-1Xd*p-1Xa*p-1Xn*p-1Xt*p-1Xs*p4904Y*p570Xon all of Minh Tu's claims.*p5104Y*p870XWe review de novo the grant of summary judgment, drawing*p5304Y*p570Xinferences *p+6Xin *p+6Xfavor *p+6Xof *p+6Xthe *p+6Xnon-moving *p+6Xparty. *p+6X *p+6XSee *p+6XSargent *p+6Xv.*p5504Y*p570XTenaska, Inc., 108 F.3d 5, 6 (1st Cir. 1997). Minh Tu's main*p5110Y*p1464X*r1A*b2M*b12WÍÿÀ*b3M*b0W*b0W*b0W*b0W*b0W*p5310Y*rB*p3376X*r1A*b2M*b14W?ìÿüùÍÿð£*b3M*b0W*b0W*b0W*b0W*b0W*p5510Y*rB*p568X*r1A*b2M*b14W?¡ÿüÒ*b3M*b0W*b0W*b0W*b0W*b0W*rB*b0M
*p5884Y*p2310X-6-*p2310X-6-*p704Y*p570Xa*p+1Xr*p+1Xg*p+1Xu*p+1Xm*p+1Xe*p+1Xnt *p+6Xis *p+6Xthat *p+6Xthe *p+6Xdistrict *p+6Xcourt *p+6Xshould *p+6Xhave *p+6Xsubmitted *p+6Xto*p904Y*p570Xt*p-1Xh*p-1Xe*p-1X *p-6Xj*p-1Xu*p-1Xr*p-1Xy*p-1X *p-6Xt*p-1Xh*p-1Xe*p-1X *p-6Xq*p-1Xu*p-1Xe*p-1Xs*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X *p-6Xw*p-1Xh*p-1Xe*p-1Xt*p-1Xh*p-1Xe*p-1Xr*p-1X *p-6Xh*p-1Xi*p-1Xs*p-1X *p-6Xw*p-1Xi*p-1Xf*p-1Xe*p-1X *p-6Xw*p-1Xa*p-1Xs*p-1X *p-6Xd*p-1Xe*p-1Xa*p-1Xd*p-1X.*p-1X *p-6X *p-6XA*p-1Xt*p-1X *p-5Xt*p-1Xh*p-1Xe*p-1X *p-5Xo*p-1Xu*p-1Xt*p-1Xs*p-1Xe*p-1Xt*p1104Y*p570Xhe offers two reasons why he thinks a jury trial was required*p1304Y*p570Xwi*p-1Xt*p-1Xh*p-1Xo*p-1Xu*p-1Xt*p-1X *p-1Xr*p-1Xe*p-1Xg*p-1Xa*p-1Xr*p-1Xd*p-1X *p-1Xt*p-1Xo*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xa*p-1Xd*p-1Xm*p-1Xi*p-1Xs*p-1Xs*p-1Xi*p-1Xb*p-1Xi*p-1Xl*p-1Xi*p-1Xt*p-1Xy*p-1X *p-1Xo*p-1Xr*p-1X *p-1Xs*p-1Xt*p-1Xr*p-1Xe*p-1Xn*p-1Xg*p-1Xt*p-1Xh*p-1X *p-1Xo*p-1Xf*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xf*p-1Xa*p-1Xc*p-1Xt*p-1Xu*p-1Xa*p-1Xl*p1504Y*p570Xevidence that he could offer at trial.*p1704Y*p870XThe *p+6Xfirst *p+6Xsuch *p+6Xshort *p+6Xcut *p+6Xis *p+6Xhis *p+6Xclaim *p+6Xthat *p+6Xhe *p+6Xsubmitted*p1904Y*p570X"*p-1Xd*p-1Xu*p-1Xe*p-1X *p-7Xp*p-1Xr*p-1Xo*p-1Xo*p-1Xf*p-1X"*p-1X *p-7Xt*p-1Xo*p-1X *p-7Xt*p-1Xh*p-1Xe*p-1X *p-6Xi*p-1Xn*p-1Xs*p-1Xu*p-1Xr*p-1Xe*p-1Xr*p-1Xs*p-1X.*p-1X *p-6X *p-6XA*p-1Xl*p-1Xl*p-1X *p-6Xo*p-1Xf*p-1X *p-6Xt*p-1Xh*p-1Xe*p-1X *p-6Xc*p-1Xo*p-1Xn*p-1Xt*p-1Xr*p-1Xa*p-1Xc*p-1Xt*p-1Xs*p-1X *p-6Xu*p-1Xs*p-1Xe*p-1X *p-6Xl*p-1Xa*p-1Xn*p-1Xg*p-1Xu*p-1Xa*p-1Xg*p-1Xe*p2104Y*p570Xi*p+1Xn*p+1Xd*p+1Xi*p+1Xc*p+1Xa*p+1Xting *p+6Xthat *p+6Xthe *p+6Xclaimant *p+6Xmust *p+6Xsubmit *p+6X"due *p+6Xproof" *p+6Xor *p+6Xsome*p2304Y*p570Xe*p+1Xq*p+1Xu*p+1Xi*p+1Xv*p+1Xa*p+1Xlent *p+26Xterm *p+26Xin *p+26Xorder *p+26Xto *p+26Xqualify *p+26Xfor *p+26Xpayment *p+26Xunder *p+26Xthe*p2504Y*p570Xp*p+1Xo*p+1Xl*p+1Xi*p+1Xc*p+1Xy*p+1X. *p+26X *p+26XThe *p+26XMONY *p+26Xcontract, *p+26Xfor *p+26Xexample, *p+26Xrefers *p+26Xto *p+26X"[t]he*p2704Y*p570Xp*p+1Xr*p+1Xo*p+1Xceeds *p+13Xpayable *p+13Xto *p+13Xthe *p+13Xbeneficiary *p+13Xupon *p+13Xour *p+13Xreceipt *p+13Xof *p+13Xdue*p2904Y*p570Xproof *p+25Xof *p+25Xthe *p+25Xdeath *p+25Xof *p+25Xthe *p+25XInsured." *p+25X *p+25XMinh *p+25XTu *p+25Xpoints *p+25Xto *p+25Xa*p3104Y*p570XMassachusetts *p+20Xruling *p+20Xthat *p+20X"due *p+20Xproof" *p+20Xneed *p+20Xnot *p+20Xrise *p+20Xto *p+20Xthe*p3304Y*p570Xle*p-1Xv*p-1Xe*p-1Xl*p-1X *p-1Xo*p-1Xf*p-1X *p-1Xa*p-1Xd*p-1Xm*p-1Xi*p-1Xs*p-1Xs*p-1Xi*p-1Xb*p-1Xl*p-1Xe*p-1X *p-1Xe*p-1Xv*p-1Xi*p-1Xd*p-1Xe*p-1Xn*p-1Xc*p-1Xe*p-1X,*p-1X *p-1XK*p-1Xr*p-1Xa*p-1Xn*p-1Xt*p-1Xz*p-1X *p-1Xv*p-1X.*p-1X *p-1XJ*p-1Xo*p-1Xh*p-1Xn*p-1X *p-1XH*p-1Xa*p-1Xn*p-1Xc*p-1Xo*p-1Xc*p-1Xk*p-1X *p-1XM*p-1Xu*p-1Xt*p-1X.*p-1X *p-1XL*p-1Xi*p-1Xf*p-1Xe*p3504Y*p570XIns. Co., 141 N.E.2d 719, 725 (Mass. 1957).*p3704Y*p870XM*p+1Xi*p+1Xn*p+1Xh*p+1X *p+7XT*p+1Xu *p+6Xmay *p+6Xbe *p+6Xcorrect *p+6Xin *p+6Xthinking *p+6Xthat *p+6Xhis *p+6Xsubmissions*p3904Y*p570Xco*p-1Xn*p-1Xs*p-1Xt*p-1Xi*p-1Xt*p-1Xu*p-1Xt*p-1Xe*p-1X *p-1X"*p-1Xd*p-1Xu*p-1Xe*p-1X *p-1Xp*p-1Xr*p-1Xo*p-1Xo*p-1Xf*p-1X,*p-1X"*p-1X *p-1Xb*p-1Xu*p-1Xt*p-1X *p-1Xm*p-1Xi*p-1Xs*p-1Xu*p-1Xn*p-1Xd*p-1Xe*p-1Xr*p-1Xs*p-1Xt*p-1Xa*p-1Xn*p-1Xd*p-1Xs*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xc*p-1Xo*p-1Xn*p-1Xs*p-1Xe*p-1Xq*p-1Xu*p-1Xe*p-1Xn*p-1Xc*p-1Xe*p-1Xs*p-1X *p-1Xo*p-1Xf*p4104Y*p570Xs*p+1Xu*p+1Xc*p+1Xh*p+1X *p+6Xa *p+5Xsubmission. *p+5X *p+5XDue *p+5Xproof *p+5Xis *p+5X"the *p+5Xproof *p+5Xfurnished *p+5Xto *p+5Xthe*p4304Y*p570Xi*p-1Xn*p-1Xs*p-1Xu*p-1Xr*p-1Xe*p-1Xr*p-1X *p-6X[*p-1Xt*p-1Xh*p-1Xa*p-1Xt*p-1X]*p-1X *p-6Xs*p-1Xh*p-1Xo*p-1Xw*p-1Xs*p-1X *p-6Xo*p-1Xn*p-1X *p-6Xt*p-1Xh*p-1Xe*p-1X *p-6Xw*p-1Xh*p-1Xo*p-1Xl*p-1Xe*p-1X *p-6X`*p-1Xt*p-1Xh*p-1Xa*p-1Xt*p-1X *p-6Xt*p-1Xh*p-1Xe*p-1X *p-6Xc*p-1Xl*p-1Xa*p-1Xi*p-1Xm*p-1X *p-6Xi*p-1Xs*p-1X *p-6Xo*p-1Xf*p-1X *p-5Xa*p-1X *p-5Xc*p-1Xl*p-1Xa*p-1Xs*p-1Xs*p4504Y*p570Xwithin *p+18Xthe *p+18Xprotection *p+18Xof *p+18Xthe *p+18Xpolicy, *p+18Xso *p+18Xthat *p+18Xif *p+18Xthe *p+18Xproofs*p4704Y*p570Xs*p-1Xh*p-1Xo*p-1Xu*p-1Xl*p-1Xd*p-1X *p-7Xb*p-1Xe*p-1X *p-7Xa*p-1Xc*p-1Xc*p-1Xe*p-1Xp*p-1Xt*p-1Xe*p-1Xd*p-1X *p-7Xa*p-1Xs*p-1X *p-7Xt*p-1Xr*p-1Xu*p-1Xe*p-1X *p-7Xt*p-1Xh*p-1Xe*p-1X *p-7Xi*p-1Xn*p-1Xs*p-1Xu*p-1Xr*p-1Xe*p-1Xr*p-1X *p-7Xr*p-1Xe*p-1Xa*p-1Xs*p-1Xo*p-1Xn*p-1Xa*p-1Xb*p-1Xl*p-1Xy*p-1X *p-7Xm*p-1Xi*p-1Xg*p-1Xh*p-1Xt*p-1X *p-6Xp*p-1Xa*p-1Xy*p-1X *p-6Xt*p-1Xh*p-1Xe*p4904Y*p570Xcl*p-1Xa*p-1Xi*p-1Xm*p-1X.*p-1X'*p-1X"*p-1X *p-1X *p-1XW*p-1Xa*p-1Xs*p-1Xh*p-1Xi*p-1Xn*p-1Xg*p-1Xt*p-1Xo*p-1Xn*p-1X *p-1Xv*p-1X.*p-1X *p-1XM*p-1Xe*p-1Xt*p-1Xr*p-1Xo*p-1Xp*p-1Xo*p-1Xl*p-1Xi*p-1Xt*p-1Xa*p-1Xn*p-1X *p-1XL*p-1Xi*p-1Xf*p-1Xe*p-1X *p-1XI*p-1Xn*p-1Xs*p-1X.*p-1X *p-1XC*p-1Xo*p-1X.*p-1X,*p-1X *p-1X3*p-1X6*p-1X3*p-1X *p-1XN*p-1X.*p-1XE*p-1X.*p-1X2*p-1Xd*p5104Y*p570X68*p-1X3*p-1X,*p-1X *p-1X6*p-1X8*p-1X5*p-1X *p-1X(*p-1XM*p-1Xa*p-1Xs*p-1Xs*p-1X.*p-1X *p-1X1*p-1X9*p-1X7*p-1X7*p-1X)*p-1X *p-1X(*p-1Xe*p-1Xm*p-1Xp*p-1Xh*p-1Xa*p-1Xs*p-1Xi*p-1Xs*p-1X *p-1Xa*p-1Xd*p-1Xd*p-1Xe*p-1Xd*p-1X)*p-1X *p-1X(*p-1Xq*p-1Xu*p-1Xo*p-1Xt*p-1Xi*p-1Xn*p-1Xg*p-1X *p-1Xi*p-1Xn*p-1X *p-1Xp*p-1Xa*p-1Xr*p-1Xt*p-1X *p-1XO*p-1X'*p-1XN*p-1Xe*p-1Xi*p-1Xl*p5304Y*p570Xv*p+1X.*p+1X *p+27XM*p+1Xe*p+1Xt*p+1Xropolitan *p+26XLife *p+26XIns. *p+26XCo., *p+26X15 *p+26XN.E.2d, *p+26X809, *p+26X811 *p+26X(Mass.*p5504Y*p570X1938)). *p+60X *p+60XIn *p+60Xshort, *p+60Xdue *p+60Xproof *p+60Xsatisfies *p+60Xa *p+60X"preliminary*p3310Y*p2336X*r1A*b2M*b18WÖÿþäÿàÿüº*b3M*b0W*b0W*b0W*b0W*b0W*p3510Y*rB*p568X*r1A*b2M*b14W?ÆÿÀ­*b3M*b0W*b0W*b0W*b0W*b0W*p4510Y*rB*p3408X*r1A*b2M*b10Wóÿüã*b3M*b0W*b0W*b0W*b0W*b0W*p4910Y*rB*p1160X*r1A*b2M*b20W¹ÿþäÿÂÿâ*b3M*b0W*b0W*b0W*b0W*b0W*p5110Y*rB*p3872X*r1A*b2M*b8WÖÿüº*b3M*b0W*b0W*b0W*b0W*b0W*p5310Y*rB*p776X*r1A*b2M*b14WÿµÿðØ*b3M*b0W*b0W*b0W*b0W*b0W*rB*b0M
*p5884Y*p2310X-7-*p2310X-7-*p704Y*p570Xrequirement" of notice, Krantz, 141 N.E.2d at 723, but if the*p904Y*p570Xin*p-1Xs*p-1Xu*p-1Xr*p-1Xe*p-1Xr*p-1X *p-1Xd*p-1Xe*p-1Xn*p-1Xi*p-1Xe*p-1Xs*p-1X *p-1Xd*p-1Xe*p-1Xa*p-1Xt*p-1Xh*p-1X,*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xc*p-1Xl*p-1Xa*p-1Xi*p-1Xm*p-1Xa*p-1Xn*p-1Xt*p-1X *p-1Xm*p-1Xu*p-1Xs*p-1Xt*p-1X *p-1Xp*p-1Xr*p-1Xo*p-1Xv*p-1Xe*p-1X *p-1Xi*p-1Xt*p-1X *p-1Xb*p-1Xy*p-1X *p-1Xa*p-1Xd*p-1Xm*p-1Xi*p-1Xs*p-1Xs*p-1Xi*p-1Xb*p-1Xl*p-1Xe*p1104Y*p570Xev*p-1Xi*p-1Xd*p-1Xe*p-1Xn*p-1Xc*p-1Xe*p-1X.*p-1X *p-1X *p-1XL*p-1Xa*p-1Xr*p-1Xs*p-1Xe*p-1Xn*p-1X *p-1Xv*p-1X.*p-1X *p-1XM*p-1Xe*p-1Xt*p-1Xr*p-1Xo*p-1Xp*p-1Xo*p-1Xl*p-1Xi*p-1Xt*p-1Xa*p-1Xn*p-1X *p-1XL*p-1Xi*p-1Xf*p-1Xe*p-1X *p-1XI*p-1Xn*p-1Xs*p-1X.*p-1X *p-1XC*p-1Xo*p-1X.*p-1X,*p-1X *p-1X1*p-1X9*p-1X4*p-1X *p-1XN*p-1X.*p-1XE*p-1X.*p-1X *p-1X6*p-1X6*p-1X4*p-1X,*p1304Y*p570X665 (Mass. 1935).*p1504Y*p870XMinh Tu's second "short cut" to the jury presents a more*p1704Y*p570Xd*p+1Xi*p+1Xf*p+1Xf*p+1Xi*p+1Xc*p+1Xult *p+6Xissue. *p+6X *p+6XUnder *p+6XMassachusetts *p+6Xlaw, *p+6Xa *p+6Xtown *p+6Xclerk *p+6Xmust*p1904Y*p570Xrecord *p+15Xdeaths *p+15X"in *p+15Xhis *p+15Xtown," *p+15XMass. *p+15XGen. *p+15XL. *p+15Xc. *p+15X46, *p+15X§ *p+15X1, *p+15Xand*p2104Y*p570X"*p+1Xm*p+1Xa*p+1Xy*p+1X" *p+52Xfile *p+52Xan *p+52Xout-of-state *p+52Xdeath *p+52Xcertificate *p+52Xof *p+52Xa *p+52Xtown*p2304Y*p570Xdomiciliary *p+40Xif *p+40Xsatisfied *p+40Xof *p+40Xits *p+40Xsufficiency. *p+40X *p+40XId. *p+40X§ *p+40X1C.*p2504Y*p570XFurther, *p+5X"[t]he *p+5Xrecord *p+5Xof *p+5Xthe *p+5Xtown *p+5Xclerk *p+5Xrelative *p+5Xto *p+5Xa *p+5X. *p+5X. *p+5X.*p2704Y*p570Xdeath shall be prima facie evidence of the facts recorded . .*p2904Y*p570X. ." Id. § 19. Minh Tu offered a death certificate provided*p3104Y*p570Xby *p+10Xthe *p+10XMilton *p+10Xtown *p+10Xclerk *p+10Xand *p+10Xsays *p+10Xthat *p+10Xit *p+10Xentitled *p+10Xhim *p+10Xto *p+10Xa*p3304Y*p570Xtrial on the issue.*p3504Y*p870XIn *p+30XMassachusetts, *p+30Xas *p+30Xin *p+30Xa *p+30Xnumber *p+30Xof *p+30Xjurisdictions, *p+30Xa*p3704Y*p570Xshowing *p+45Xis *p+45Xoften *p+45Xdescribed *p+45Xas *p+45Xprima *p+45Xfacie *p+45Xwhere, *p+45Xabsent*p3904Y*p570Xr*p-1Xe*p-1Xb*p-1Xu*p-1Xt*p-1Xt*p-1Xa*p-1Xl*p-1X *p-9Xo*p-1Xr*p-1X *p-9Xc*p-1Xo*p-1Xn*p-1Xt*p-1Xr*p-1Xa*p-1Xd*p-1Xi*p-1Xc*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X,*p-1X *p-8Xt*p-1Xh*p-1Xe*p-1X *p-8Xe*p-1Xv*p-1Xi*p-1Xd*p-1Xe*p-1Xn*p-1Xc*p-1Xe*p-1X *p-8Xe*p-1Xi*p-1Xt*p-1Xh*p-1Xe*p-1Xr*p-1X *p-8Xi*p-1Xs*p-1X *p-8Xs*p-1Xu*p-1Xf*p-1Xf*p-1Xi*p-1Xc*p-1Xi*p-1Xe*p-1Xn*p-1Xt*p-1X *p-8Xt*p-1Xo*p4104Y*p570Xpermit the jury to find the inferred fact or compels the jury*p4304Y*p570Xt*p+1Xo*p+1X *p+14Xfind *p+13Xthe *p+13Xinferred *p+13Xfact. *p+13X *p+13XCommonwealth *p+13Xv. *p+13XGarabedian, *p+13X503*p4504Y*p570XN.E.2d *p+15X1290, *p+15X1293 *p+15X(Mass. *p+15X1987); *p+15XCommonwealth *p+15Xv. *p+15XPauley, *p+15X331*p4704Y*p570XN*p+1X.*p+1XE*p+1X.*p+1X2d *p+22X901, *p+22X904-05 *p+22X(Mass.), *p+22Xappeal *p+22Xdismissed, *p+22X423 *p+22XU.S. *p+22X887*p4904Y*p570X(1*p-1X9*p-1X7*p-1X5*p-1X)*p-1X.*p-1X *p-1X *p-1XS*p-1Xt*p-1Xi*p-1Xl*p-1Xl*p-1X *p-1Xm*p-1Xo*p-1Xr*p-1Xe*p-1X *p-1Xh*p-1Xe*p-1Xl*p-1Xp*p-1Xf*p-1Xu*p-1Xl*p-1X *p-1Xt*p-1Xo*p-1X *p-1XM*p-1Xi*p-1Xn*p-1Xh*p-1X *p-1XT*p-1Xu*p-1X *p-1Xi*p-1Xs*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xs*p-1Xt*p-1Xa*p-1Xt*p-1Xe*p-1Xm*p-1Xe*p-1Xn*p-1Xt*p-1X *p-1Xi*p-1Xn*p-1X *p-1Xo*p-1Xn*p-1Xe*p5104Y*p570XMassachusetts case that, "[e]ven if contradicted, prima facie*p5304Y*p570Xe*p+1Xv*p+1Xi*p+1Xdence *p+13Xis *p+13Xsufficient *p+13Xby *p+13Xitself *p+13Xto *p+13Xrequire *p+13Xsubmission *p+13Xof *p+13Xa*p5504Y*p570Xc*p-1Xa*p-1Xs*p-1Xe*p-1X *p-6Xt*p-1Xo*p-1X *p-6Xt*p-1Xh*p-1Xe*p-1X *p-6Xj*p-1Xu*p-1Xr*p-1Xy*p-1X.*p-1X"*p-1X *p-6X *p-6XT*p-1Xo*p-1Xd*p-1Xi*p-1Xn*p-1Xo*p-1X *p-6Xv*p-1X.*p-1X *p-6XA*p-1Xr*p-1Xb*p-1Xe*p-1Xl*p-1Xl*p-1Xa*p-1X *p-6XM*p-1Xu*p-1Xt*p-1X.*p-1X *p-6XI*p-1Xn*p-1Xs*p-1X.*p-1X *p-6XC*p-1Xo*p-1X.*p-1X,*p-1X *p-5X6*p-1X1*p-1X2*p-1X *p-5XN*p-1X.*p-1XE*p-1X.*p-1X2*p-1Xd*p710Y*p2008X*r1A*b2M*b12W?ÕÿÀÒ*b3M*b0W*b0W*b0W*b0W*b0W*p1110Y*rB*p1216X*r1A*b2M*b18WÖÿüä?ÿÂÿË*b3M*b0W*b0W*b0W*b0W*b0W*p2310Y*rB*p3608X*r1A*b2M*b8W?ìÿü*b3M*b0W*b0W*b0W*b0W*b0W*p2910Y*rB*p928X*r1A*b2M*b14W?ìÿü´*b3M*b0W*b0W*b0W*b0W*b0W*p3710Y*rB*p2592X*r1A*b2M*b10WªÿðÆ*b3M*b0W*b0W*b0W*b0W*b0W*p4310Y*rB*p2328X*r1A*b2M*b16W¨ÿàá·ÿø*b3M*b0W*b0W*b0W*b0W*b0W*p4510Y*rB*p2560X*r1A*b2M*b16W¨ÿøàÕÿà*b3M*b0W*b0W*b0W*b0W*b0W*p4710Y*rB*p2336X*r1A*b2M*b10WÿðÉ*b3M*b0W*b0W*b0W*b0W*b0W*p5510Y*rB*p1720X*r1A*b2M*b20WÖÿþåÿéÿã*b3M*b0W*b0W*b0W*b0W*b0W*rB*b0M
*p5884Y*p2310X-8-*p2310X-8-*p704Y*p570X1*p-1X1*p-1X8*p-1X1*p-1X,*p-1X *p-8X1*p-1X1*p-1X8*p-1X3*p-1X *p-8X(*p-1XM*p-1Xa*p-1Xs*p-1Xs*p-1X.*p-1X *p-8X1*p-1X9*p-1X9*p-1X3*p-1X)*p-1X *p-8X(*p-1Xc*p-1Xi*p-1Xt*p-1Xi*p-1Xn*p-1Xg*p-1X *p-7XA*p-1Xn*p-1Xd*p-1Xe*p-1Xr*p-1Xs*p-1Xo*p-1Xn*p-1X'*p-1Xs*p-1X *p-7XC*p-1Xa*p-1Xs*p-1Xe*p-1X,*p-1X *p-7X3*p-1X7*p-1X0*p-1X *p-7XN*p-1X.*p-1XE*p-1X.*p-1X2*p-1Xd*p-1X *p-7X6*p-1X9*p-1X2*p904Y*p570X(Mass. 1977)).*p1104Y*p870XWe will assume, arguendo, that the Massachusetts statute*p1304Y*p570Xgiving *p+36Xprima *p+36Xfacie *p+36Xeffect *p+36Xto *p+36Xa *p+36X"record *p+36Xof *p+36Xa *p+36Xtown *p+36Xclerk"*p1504Y*p570Xr*p+1Xe*p+1Xl*p+1Xa*p+1Xt*p+1Xi*p+1Xve *p+6Xto *p+6Xdeath *p+6Xembraces *p+6Xfiles *p+6Xor *p+6Xcertificates *p+6Xmade *p+6Xby *p+6Xthe*p1704Y*p570Xcl*p-1Xe*p-1Xr*p-1Xk*p-1X *p-1Xc*p-1Xo*p-1Xn*p-1Xc*p-1Xe*p-1Xr*p-1Xn*p-1Xi*p-1Xn*p-1Xg*p-1X *p-1Xo*p-1Xu*p-1Xt*p-1X-*p-1Xo*p-1Xf*p-1X-*p-1Xs*p-1Xt*p-1Xa*p-1Xt*p-1Xe*p-1X *p-1Xd*p-1Xe*p-1Xa*p-1Xt*p-1Xh*p-1Xs*p-1X;*p-1X *p-1Xo*p-1Xn*p-1Xe*p-1X *p-1Xc*p-1Xo*p-1Xu*p-1Xl*p-1Xd*p-1X *p-1Xa*p-1Xr*p-1Xg*p-1Xu*p-1Xe*p-1X *p-1Xt*p-1Xh*p-1Xa*p-1Xt*p-1X *p-1Xt*p-1Xh*p-1Xe*p1904Y*p570Xprima *p+6Xfacie *p+6Xeffect *p+6Xis *p+6Xintended *p+6Xonly *p+6Xfor *p+6Xa *p+6Xrecord *p+6Xrelating *p+6Xto*p2104Y*p570Xdeaths within Massachusetts, but no direct precedent resolves*p2304Y*p570Xt*p+1Xh*p+1Xe*p+1X *p+13Xpoint. *p+13X *p+13XSimilarly, *p+13Xwe *p+13Xwill *p+13Xalso *p+13Xassume *p+13Xwithout *p+13Xdeciding*p2504Y*p570Xthat the prima facie effect statute governs in this diversity*p2704Y*p570Xc*p+1Xa*p+1Xs*p+1Xe*p+1X. *p+16X *p+16XSee *p+16XWright, *p+16XFederal *p+16XCourts *p+16X§ *p+16X93, *p+16Xat *p+16X665-66 *p+16X(5th *p+16Xed.*p2904Y*p570X1994).*p3104Y*p870XN*p-2Xe*p-2Xv*p-2Xe*p-2Xr*p-2Xt*p-2Xh*p-2Xe*p-2Xl*p-2Xe*p-2Xs*p-2Xs*p-2X,*p-2X *p-3Xt*p-2Xh*p-2Xe*p-2X *p-3XM*p-2Xi*p-2Xl*p-2Xt*p-2Xo*p-2Xn*p-2X *p-3Xd*p-2Xe*p-2Xa*p-2Xt*p-2Xh*p-2X *p-3Xc*p-2Xe*p-2Xr*p-2Xt*p-2Xi*p-2Xf*p-2Xi*p-2Xc*p-2Xa*p-2Xt*p-2Xe*p-2X *p-3Xi*p-2Xn*p-2X *p-3Xt*p-2Xh*p-2Xi*p-2Xs*p-2X *p-2Xc*p-2Xa*p-2Xs*p-2Xe*p-2X *p-2Xi*p-2Xs*p3304Y*p570Xn*p-1Xo*p-1Xt*p-1Xh*p-1Xi*p-1Xn*p-1Xg*p-1X *p-7Xb*p-1Xu*p-1Xt*p-1X *p-7Xa*p-1X *p-7Xp*p-1Xr*p-1Xo*p-1Xx*p-1Xy*p-1X *p-7Xf*p-1Xo*p-1Xr*p-1X *p-7Xt*p-1Xh*p-1Xe*p-1X *p-7XC*p-1Xa*p-1Xm*p-1Xb*p-1Xo*p-1Xd*p-1Xi*p-1Xa*p-1Xn*p-1X *p-7Xd*p-1Xo*p-1Xc*p-1Xu*p-1Xm*p-1Xe*p-1Xn*p-1Xt*p-1Xs*p-1X;*p-1X *p-7Xt*p-1Xh*p-1Xo*p-1Xs*p-1Xe*p-1X *p-6Xw*p-1Xe*p-1Xr*p-1Xe*p-1X *p-6Xt*p-1Xh*p-1Xe*p3504Y*p570Xp*p+1Xr*p+1Xi*p+1Xn*p+1Xc*p+1Xi*p+1Xpal *p+26Xpapers *p+26Xpresented *p+26Xto *p+26Xthe *p+26Xtown *p+26Xclerk, *p+26Xwho *p+26Xmade *p+26Xno*p3704Y*p570Xin*p-1Xd*p-1Xe*p-1Xp*p-1Xe*p-1Xn*p-1Xd*p-1Xe*p-1Xn*p-1Xt*p-1X *p-1Xi*p-1Xn*p-1Xv*p-1Xe*p-1Xs*p-1Xt*p-1Xi*p-1Xg*p-1Xa*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X *p-1Xo*p-1Xf*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xf*p-1Xa*p-1Xc*p-1Xt*p-1Xs*p-1X *p-1Xo*p-1Xf*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xd*p-1Xe*p-1Xa*p-1Xt*p-1Xh*p-1X.*p-1X *p-1X *p-1XA*p-1Xn*p-1Xd*p-1X,*p-1X *p-1Xf*p-1Xo*p-1Xr*p3904Y*p570Xr*p+1Xe*p+1Xa*p+1Xs*p+1Xo*p+1Xn*p+1Xs *p+42Xexplained *p+42Xbelow, *p+42Xthe *p+42XCambodian *p+42Xdocuments *p+42Xare *p+42Xnot*p4104Y*p570Xad*p-1Xm*p-1Xi*p-1Xs*p-1Xs*p-1Xi*p-1Xb*p-1Xl*p-1Xe*p-1X *p-1Xe*p-1Xv*p-1Xi*p-1Xd*p-1Xe*p-1Xn*p-1Xc*p-1Xe*p-1X *p-1Xa*p-1Xt*p-1X *p-1Xt*p-1Xr*p-1Xi*p-1Xa*p-1Xl*p-1X.*p-1X *p-1X *p-1XS*p-1Xi*p-1Xn*p-1Xc*p-1Xe*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1XM*p-1Xi*p-1Xl*p-1Xt*p-1Xo*p-1Xn*p-1X *p-1Xt*p-1Xo*p-1Xw*p-1Xn*p-1X *p-1Xr*p-1Xe*p-1Xc*p-1Xo*p-1Xr*p-1Xd*p-1X *p-1Xi*p-1Xs*p4304Y*p570Xs*p-1Xi*p-1Xm*p-1Xp*p-1Xl*p-1Xy*p-1X *p-9Xt*p-1Xh*p-1Xe*p-1X *p-9XC*p-1Xa*p-1Xm*p-1Xb*p-1Xo*p-1Xd*p-1Xi*p-1Xa*p-1Xn*p-1X *p-8Xd*p-1Xo*p-1Xc*p-1Xu*p-1Xm*p-1Xe*p-1Xn*p-1Xt*p-1Xs*p-1X *p-8Xi*p-1Xn*p-1X *p-8Xd*p-1Xi*p-1Xs*p-1Xg*p-1Xu*p-1Xi*p-1Xs*p-1Xe*p-1X,*p-1X *p-8Xi*p-1Xt*p-1Xs*p-1X *p-8Xa*p-1Xd*p-1Xm*p-1Xi*p-1Xs*p-1Xs*p-1Xi*p-1Xo*p-1Xn*p-1X *p-8Xw*p-1Xo*p-1Xu*p-1Xl*p-1Xd*p4504Y*p570Xfrustrate federal restrictions on the latter's admissibility;*p4704Y*p570Xand *p+24Xit *p+24Xwould *p+24Xgrossly *p+24Xmislead *p+24Xthe *p+24Xjury *p+24Xto *p+24Xadmit *p+24Xthe *p+24XMilton*p4904Y*p570Xr*p+1Xe*p+1Xc*p+1Xo*p+1Xrd *p+52Xas *p+52Xif *p+52Xit *p+52Xwere *p+52Xsome *p+52Xordinarily *p+52Xreliable *p+52Xofficial*p5104Y*p570Xdetermination of death.*p5304Y*p870XW*p+1Xe*p+1X *p+7Xd*p+1Xo*p+1X *p+7Xnot *p+6Xthink *p+6Xthat *p+6Xthe *p+6Xstate *p+6Xlegislature *p+6Xintended *p+6Xthe*p5504Y*p570Xstatute, or that the Massachusetts courts would interpret it,*p710Y*p2424X*r1A*b2M*b8WÿþÆ*b3M*b0W*b0W*b0W*b0W*b0W*p1110Y*rB*p1824X*r1A*b2M*b12WÆÿüÊ*b3M*b0W*b0W*b0W*b0W*b0W*p1310Y*rB*p1024X*r1A*b2M*b12W?«ÿÀ*b3M*b0W*b0W*b0W*b0W*b0W*p1910Y*rB*p568X*r1A*b2M*b14W?¯ÿðÄ*b3M*b0W*b0W*b0W*b0W*b0W*p2510Y*rB*p1104X*r1A*b2M*b12W¯ÿÀ*b3M*b0W*b0W*b0W*b0W*b0W*p2710Y*rB*p1024X*r1A*b2M*b20W?ìÿüº?ÿÀó*b3M*b0W*b0W*b0W*b0W*b0W*rB*b0M
*p5184Y*p570X *p906XSee also New England Trust Co. v. Farr, 57 F.2d 103,*p5143Y*p870X*c16535D*c276E(s276Wäèø±²¸ÿø@ @PP º©@ ¾ º©@¾º×g· »Î@
gg½p¡Î,+ö]í<ýíôí?øû\0V
 (16A(s16.67h7.25V(16535X4*p5284Y*p570X(0N(s3t0b0s12.00v10.00h0P110-11 (1st Cir.), cert. denied, 287 U.S. 612 (1932); Pollard*p5384Y*p570Xv. Metropolitan Life Ins. Co., 598 F.2d 1284, 1285-87 (3d*p5484Y*p570XCir.) cert. denied, 444 U.S. 917 (1979). See generally 19*p5584Y*p570XRhodes, Couch on Insurance 2d § 79:263, at 207 (rev. ed.*p5684Y*p570X1983).*p5884Y*p2310X-9-*p2310X-9-*p704Y*p570Xt*p+1Xo*p+1X *p+17Xr*p+1Xequire *p+16Xjudges *p+16Xto *p+16Xperpetrate *p+16Xa *p+16Xfraud *p+16Xon *p+16Xthe *p+16Xjurors. *p+16X *p+16XIt*p904Y*p570Xma*p-1Xk*p-1Xe*p-1Xs*p-1X *p-1Xn*p-1Xo*p-1X *p-1Xd*p-1Xi*p-1Xf*p-1Xf*p-1Xe*p-1Xr*p-1Xe*p-1Xn*p-1Xc*p-1Xe*p-1X *p-1Xw*p-1Xh*p-1Xe*p-1Xt*p-1Xh*p-1Xe*p-1Xr*p-1X *p-1Xw*p-1Xe*p-1X *p-1Xt*p-1Xr*p-1Xe*p-1Xa*p-1Xt*p-1X *p-1Xt*p-1Xh*p-1Xi*p-1Xs*p-1X *p-1Xr*p-1Xe*p-1Xs*p-1Xu*p-1Xl*p-1Xt*p-1X *p-1Xa*p-1Xs*p-1X *p-1Xa*p-1Xn*p-1X *p-1Xi*p-1Xm*p-1Xp*p-1Xl*p-1Xi*p-1Xe*p-1Xd*p1104Y*p570Xe*p-1Xx*p-1Xc*p-1Xe*p-1Xp*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X *p-9Xt*p-1Xo*p-1X *p-9Xt*p-1Xh*p-1Xe*p-1X *p-8XM*p-1Xa*p-1Xs*p-1Xs*p-1Xa*p-1Xc*p-1Xh*p-1Xu*p-1Xs*p-1Xe*p-1Xt*p-1Xt*p-1Xs*p-1X *p-8Xs*p-1Xt*p-1Xa*p-1Xt*p-1Xu*p-1Xt*p-1Xe*p-1X *p-8Xo*p-1Xr*p-1X *p-8Xr*p-1Xe*p-1Xl*p-1Xy*p-1X *p-8Xu*p-1Xp*p-1Xo*p-1Xn*p-1X *p-8Xl*p-1Xi*p-1Xm*p-1Xi*p-1Xt*p-1Xa*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1Xs*p1304Y*p570Xreflected *p+20Xin *p+20XFed. *p+20XR. *p+20XEvid. *p+20X401, *p+20X403 *p+20Xand *p+20X901--concepts *p+20Xalso*p1504Y*p570Xap*p-1Xp*p-1Xl*p-1Xi*p-1Xc*p-1Xa*p-1Xb*p-1Xl*p-1Xe*p-1X *p-1Xu*p-1Xn*p-1Xd*p-1Xe*p-1Xr*p-1X *p-1XM*p-1Xa*p-1Xs*p-1Xs*p-1Xa*p-1Xc*p-1Xh*p-1Xu*p-1Xs*p-1Xe*p-1Xt*p-1Xt*p-1Xs*p-1X *p-1Xl*p-1Xa*p-1Xw*p-1X.*p-1X *p-1X *p-1XH*p-1Xa*p-1Xp*p-1Xp*p-1Xi*p-1Xl*p-1Xy*p-1X,*p-1X *p-1Xw*p-1Xh*p-1Xa*p-1Xt*p-1X *p-1Xs*p-1Xe*p-1Xe*p-1Xm*p-1Xs*p-1X *p-1Xt*p-1Xo*p-1X *p-1Xu*p-1Xs*p1704Y*p570Xco*p-1Xm*p-1Xm*p-1Xo*p-1Xn*p-1X *p-1Xs*p-1Xe*p-1Xn*p-1Xs*p-1Xe*p-1X *p-1Xi*p-1Xs*p-1X *p-1Xa*p-1Xl*p-1Xs*p-1Xo*p-1X *p-1Xa*p-1Xm*p-1Xp*p-1Xl*p-1Xy*p-1X *p-1Xs*p-1Xu*p-1Xp*p-1Xp*p-1Xo*p-1Xr*p-1Xt*p-1Xe*p-1Xd*p-1X *p-1Xb*p-1Xy*p-1X *p-1Xp*p-1Xr*p-1Xe*p-1Xc*p-1Xe*p-1Xd*p-1Xe*p-1Xn*p-1Xt*p-1X *p-1Xd*p-1Xe*p-1Xa*p-1Xl*p-1Xi*p-1Xn*p-1Xg*p-1X *p-1Xw*p-1Xi*p-1Xt*p-1Xh*p1904Y*p570Xsimilar *p+50Xstatutes *p+50Xin *p+50Xlike *p+50Xcircumstances, *p+50Xe.g., *p+50XCharleston*p2104Y*p570XN*p+1Xa*p+1Xt*p+1Xi*p+1Xo*p+1Xn*p+1Xal *p+26XBank *p+26Xv. *p+26XHennessy, *p+26X404 *p+26XF.2d *p+26X539, *p+26X540-42 *p+26X(5th *p+26XCir.*p2304Y*p570X1968).*p2263Y(16A(s16.67h7.25V(16535X4*p2504Y*p870X(0N(s3t0b0s12.00v10.00h0PW*p-1Xe*p-1X *p-2Xc*p-1Xo*p-1Xm*p-1Xe*p-1X *p-2Xn*p-1Xo*p-1Xw*p-1X *p-2Xt*p-1Xo*p-1X *p-2Xt*p-1Xh*p-1Xe*p-1X *p-1Xc*p-1Xe*p-1Xn*p-1Xt*p-1Xr*p-1Xa*p-1Xl*p-1X *p-1Xq*p-1Xu*p-1Xe*p-1Xs*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X:*p-1X *p-1X *p-1Xw*p-1Xh*p-1Xe*p-1Xt*p-1Xh*p-1Xe*p-1Xr*p-1X *p-1XM*p-1Xi*p-1Xn*p-1Xh*p-1X *p-1XT*p-1Xu*p-1X,*p-1X *p-1Xa*p-1Xs*p2704Y*p570Xt*p+1Xh*p+1Xe*p+1X *p+33Xparty *p+33Xbearing *p+33Xthe *p+33Xburden *p+33Xof *p+33Xproof, *p+33Xpointed *p+33Xto *p+33Xenough*p2904Y*p570Xa*p-1Xd*p-1Xm*p-1Xi*p-1Xs*p-1Xs*p-1Xi*p-1Xb*p-1Xl*p-1Xe*p-1X *p-7Xe*p-1Xv*p-1Xi*p-1Xd*p-1Xe*p-1Xn*p-1Xc*p-1Xe*p-1X *p-7Xt*p-1Xo*p-1X *p-7Xp*p-1Xe*p-1Xr*p-1Xm*p-1Xi*p-1Xt*p-1X *p-6Xa*p-1X *p-6Xj*p-1Xu*p-1Xr*p-1Xy*p-1X *p-6Xt*p-1Xo*p-1X *p-6Xd*p-1Xe*p-1Xc*p-1Xi*p-1Xd*p-1Xe*p-1X *p-6Xt*p-1Xh*p-1Xe*p-1X *p-6Xi*p-1Xs*p-1Xs*p-1Xu*p-1Xe*p-1X *p-6Xi*p-1Xn*p-1X *p-6Xh*p-1Xi*p-1Xs*p3104Y*p570Xf*p+1Xa*p+1Xv*p+1Xor. *p+33X *p+33XThis *p+33Xrequired *p+33XMinh *p+33XTu *p+33Xto *p+33Xidentify *p+33Xsuch *p+33Xevidence,*p3304Y*p570Xwhether *p+60Xthrough *p+60Xdepositions, *p+60Xanswers *p+60Xto *p+60Xinterrogatories,*p3504Y*p570Xadmissions *p+45Xon *p+45Xfile, *p+45Xor *p+45X(most *p+45Xoften) *p+45Xaffidavits *p+45X"made *p+45Xon*p3704Y*p570Xp*p+1Xe*p+1Xr*p+1Xsonal *p+13Xknowledge *p+13X[which] *p+13Xset *p+13Xforth *p+13Xsuch *p+13Xfacts *p+13Xas *p+13Xwould *p+13Xbe*p3904Y*p570Xadmissible *p+6Xin *p+6Xevidence *p+6Xand *p+6X. *p+6X. *p+6X. *p+6Xshow *p+6Xaffirmatively *p+6Xthat *p+6Xthe*p4104Y*p570Xa*p-1Xf*p-1Xf*p-1Xi*p-1Xa*p-1Xn*p-1Xt*p-1X *p-8Xi*p-1Xs*p-1X *p-8Xc*p-1Xo*p-1Xm*p-1Xp*p-1Xe*p-1Xt*p-1Xe*p-1Xn*p-1Xt*p-1X *p-8Xt*p-1Xo*p-1X *p-8Xt*p-1Xe*p-1Xs*p-1Xt*p-1Xi*p-1Xf*p-1Xy*p-1X *p-7Xt*p-1Xo*p-1X *p-7Xt*p-1Xh*p-1Xe*p-1X *p-7Xm*p-1Xa*p-1Xt*p-1Xt*p-1Xe*p-1Xr*p-1Xs*p-1X *p-7Xs*p-1Xt*p-1Xa*p-1Xt*p-1Xe*p-1Xd*p-1X *p-7Xt*p-1Xh*p-1Xe*p-1Xr*p-1Xe*p-1Xi*p-1Xn*p-1X.*p-1X"*p4304Y*p570XFed. R. Civ. P. 56(c), (e).*p4504Y*p870XT*p+1Xh*p+1Xe*p+1X *p+53Xmost *p+52Xdirect *p+52Xevidence *p+52Xof *p+52XPhuong *p+52XLy's *p+52Xdeath, *p+52Xif*p4704Y*p570Xadmissible, are the so-called Cambodian documents, all signed*p1910Y*p3216X*r1A*b2M*b16Wäÿðí·ÿüº*b3M*b0W*b0W*b0W*b0W*b0W*p2110Y*rB*p568X*r1A*b2M*b20W?ÿüÝ?ÆÿÀ·*b3M*b0W*b0W*b0W*b0W*b0W*p5190Y*rB*p904X*r1A*b2M*b28W?ÆÿÀûÿäÿÀä?äÿÀ¸*b3M*b0W*b0W*b0W*b0W*b0W*p5290Y*rB*p1704X*r1A*b2M*b18W¨ÿüÕ?Îÿüº*b3M*b0W*b0W*b0W*b0W*b0W*p5390Y*rB*p744X*r1A*b2M*b14Wÿ¿ÿüÊ*b3M*b0W*b0W*b0W*b0W*b0W*p5490Y*rB*p928X*r1A*b2M*b18W?¨ÿÀÎ?¡ÿü*b3M*b0W*b0W*b0W*b0W*b0W*p5590Y*rB*p1048X*r1A*b2M*b14W?ÿåÿüÊ*b3M*b0W*b0W*b0W*b0W*b0W*rB*b0M
*p4984Y*p570X *p906XRule 902(3) dispenses, for purposes of foreign public*p4943Y*p870X*c16535D*c277E(s390W«×+ú¹ÿÞ@,$4Hz'()¦(¦)»´* 
58*)#*+'(#¸ÿì@
êíúý(º©Ü·¾½ä 
[´ ¸ù´="»[[´á=%A
o-[
m,,+öôíöíôíí?íí?<ýäíý=9/õôÄ10Cy@$% &!@#@@$@++++++]8888888qq+7!54632!5$7>54"#"&54>32ýüÔòqT®{nª i¹aâ&[vþØºT!u|æîohO(l¦~]
0¤^Ú:astþÜ¡õ(16A(s16.67h7.25V(16535X5*p5084Y*p570X(0N(s3t0b0s12.00v10.00h0Pdocuments, with any requirement of extrinsic evidence of*p5184Y*p570Xauthenticity so long as certain steps are taken. One step*p5284Y*p570Xinvolves obtaining a "final certification" from a U.S.*p5384Y*p570Xgovernment official attesting to the genuineness of the*p5484Y*p570Xsignature and official position of the local executing or*p5584Y*p570Xattesting official. It is undisputed that no such*p5684Y*p570Xcertification was supplied here.*p5884Y*p2280X-10-*p2280X-10-*p704Y*p570Xb*p+1Xy*p+1X *p+53XC*p+1Xaptain *p+52XSe *p+52XSa *p+52XRoeun, *p+52Xwho *p+52Xallegedly *p+52Xinvestigated *p+52Xthe*p904Y*p570Xd*p+1Xi*p+1Xs*p+1Xcovery *p+13Xof *p+13Xa *p+13Xcorpse *p+13Xin *p+13XCambodia *p+13Xduring *p+13Xthe *p+13Xpertinent *p+13Xtime*p1104Y*p570Xframe. *p+12X *p+12XOne *p+12Xdocument *p+12Xpurports *p+12Xto *p+12Xbe *p+12Xa *p+12Xreport *p+12Xindicating *p+12Xthe*p1304Y*p570Xd*p-1Xi*p-1Xs*p-1Xc*p-1Xo*p-1Xv*p-1Xe*p-1Xr*p-1Xy*p-1X *p-9Xo*p-1Xf*p-1X *p-9Xt*p-1Xh*p-1Xe*p-1X *p-8Xb*p-1Xo*p-1Xd*p-1Xy*p-1X;*p-1X *p-8Xt*p-1Xh*p-1Xe*p-1X *p-8Xs*p-1Xe*p-1Xc*p-1Xo*p-1Xn*p-1Xd*p-1X,*p-1X *p-8Xe*p-1Xn*p-1Xt*p-1Xi*p-1Xt*p-1Xl*p-1Xe*p-1Xd*p-1X *p-8X"*p-1Xa*p-1Xf*p-1Xf*p-1Xi*p-1Xd*p-1Xa*p-1Xv*p-1Xi*p-1Xt*p-1X,*p-1X"*p-1X *p-8Xs*p-1Xt*p-1Xa*p-1Xt*p-1Xe*p-1Xs*p1504Y*p570Xthat Phuong Ly has died and identifies her as the holder of a*p1704Y*p570Xpassport *p+24Xwith *p+24Xa *p+24Xspecific *p+24Xnumber; *p+24Xand *p+24Xthe *p+24Xthird *p+24Xis *p+24Xa *p+24Xdeath*p1904Y*p570Xce*p-1Xr*p-1Xt*p-1Xi*p-1Xf*p-1Xi*p-1Xc*p-1Xa*p-1Xt*p-1Xe*p-1X *p-1Xp*p-1Xr*p-1Xo*p-1Xv*p-1Xi*p-1Xd*p-1Xi*p-1Xn*p-1Xg*p-1X *p-1Xs*p-1Xi*p-1Xm*p-1Xi*p-1Xl*p-1Xa*p-1Xr*p-1X *p-1Xi*p-1Xn*p-1Xf*p-1Xo*p-1Xr*p-1Xm*p-1Xa*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X.*p-1X *p-1X *p-1XT*p-1Xh*p-1Xe*p-1X *p-1Xf*p-1Xi*p-1Xr*p-1Xs*p-1Xt*p-1X *p-1Xd*p-1Xo*p-1Xc*p-1Xu*p-1Xm*p-1Xe*p-1Xn*p-1Xt*p2104Y*p570Xp*p+1Xu*p+1Xr*p+1Xp*p+1Xo*p+1Xr*p+1Xt*p+1Xs*p+1X *p+11Xt*p+1Xo *p+10Xhave *p+10Xbeen *p+10Xprepared *p+10Xon *p+10Xthe *p+10Xday *p+10Xthat *p+10Xthe *p+10Xbody *p+10Xwas*p2304Y*p570Xfound, and the other two in March 1993.*p2504Y*p870XThe *p+15Xdistrict *p+15Xcourt *p+15Xfound *p+15Xthat *p+15Xthese *p+15Xdocuments *p+15Xwere *p+15Xnot*p2704Y*p570Xa*p+1Xu*p+1Xt*p+1Xh*p+1Xenticated *p+8Xby *p+8Xindependent *p+8Xevidence *p+8Xshowing *p+8Xthat *p+8Xthey *p+8Xwere*p2904Y*p570X"what *p+30X[their] *p+30Xproponent *p+30Xclaims," *p+30Xnamely, *p+30Xgenuine *p+30Xdocuments*p3104Y*p570Xs*p-1Xi*p-1Xg*p-1Xn*p-1Xe*p-1Xd*p-1X *p-7Xb*p-1Xy*p-1X *p-7Xt*p-1Xh*p-1Xe*p-1X *p-7XC*p-1Xa*p-1Xm*p-1Xb*p-1Xo*p-1Xd*p-1Xi*p-1Xa*p-1Xn*p-1X *p-7Xo*p-1Xf*p-1Xf*p-1Xi*p-1Xc*p-1Xi*p-1Xa*p-1Xl*p-1X *p-7Xi*p-1Xn*p-1X *p-7Xq*p-1Xu*p-1Xe*p-1Xs*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X,*p-1X *p-7Xs*p-1Xe*p-1Xe*p-1X *p-7XF*p-1Xe*p-1Xd*p-1X.*p-1X *p-6XR*p-1X.*p-1X *p-6XE*p-1Xv*p-1Xi*p-1Xd*p-1X.*p3304Y*p570X901(a); and the court found that the documents were not self-*p3504Y*p570Xa*p-1Xu*p-1Xt*p-1Xh*p-1Xe*p-1Xn*p-1Xt*p-1Xi*p-1Xc*p-1Xa*p-1Xt*p-1Xi*p-1Xn*p-1Xg*p-1X *p-6Xu*p-1Xn*p-1Xd*p-1Xe*p-1Xr*p-1X *p-6XF*p-1Xe*p-1Xd*p-1X.*p-1X *p-5XR*p-1X.*p-1X *p-5XE*p-1Xv*p-1Xi*p-1Xd*p-1X.*p-1X *p-5X9*p-1X0*p-1X2*p-1X(*p-1X3*p-1X)*p-1X.*p-1X*p3061X *p-5X *p-5XA*p-1Xl*p-1Xt*p-1Xe*p-1Xr*p-1Xn*p-1Xa*p-1Xt*p-1Xi*p-1Xv*p-1Xe*p-1Xl*p-1Xy*p-1X,*p-1X *p-5Xt*p-1Xh*p-1Xe*p3463Y*p3026X(16A(s16.67h7.25V(16535X5*p-1X*p3704Y*p570X(0N(s3t0b0s12.00v10.00h0Pd*p-1Xi*p-1Xs*p-1Xt*p-1Xr*p-1Xi*p-1Xc*p-1Xt*p-1X *p-9Xc*p-1Xo*p-1Xu*p-1Xr*p-1Xt*p-1X *p-9Xs*p-1Xa*p-1Xi*p-1Xd*p-1X *p-8Xt*p-1Xh*p-1Xa*p-1Xt*p-1X *p-8Xt*p-1Xh*p-1Xe*p-1X *p-8XC*p-1Xa*p-1Xm*p-1Xb*p-1Xo*p-1Xd*p-1Xi*p-1Xa*p-1Xn*p-1X *p-8Xd*p-1Xo*p-1Xc*p-1Xu*p-1Xm*p-1Xe*p-1Xn*p-1Xt*p-1Xs*p-1X *p-8Xr*p-1Xe*p-1Xf*p-1Xl*p-1Xe*p-1Xc*p-1Xt*p-1Xe*p-1Xd*p-1X *p-8Xw*p-1Xh*p-1Xa*p-1Xt*p3904Y*p570XC*p+1Xa*p+1Xp*p+1Xt*p+1Xa*p+1Xin *p+5XSe *p+5XSa *p+5XRoeun *p+5Xhad *p+5Xbeen *p+5Xtold *p+5Xby *p+5Xthird *p+5Xparties *p+5Xabout *p+5Xthe*p4104Y*p570Xd*p-1Xe*p-1Xa*p-1Xt*p-1Xh*p-1X,*p-1X *p-7Xa*p-1Xn*p-1Xd*p-1X *p-7XM*p-1Xi*p-1Xn*p-1Xh*p-1X *p-7XT*p-1Xu*p-1X *p-6Xh*p-1Xa*p-1Xd*p-1X *p-6Xp*p-1Xo*p-1Xi*p-1Xn*p-1Xt*p-1Xe*p-1Xd*p-1X *p-6Xt*p-1Xo*p-1X *p-6Xn*p-1Xo*p-1X *p-6Xp*p-1Xe*p-1Xr*p-1Xt*p-1Xi*p-1Xn*p-1Xe*p-1Xn*p-1Xt*p-1X *p-6Xe*p-1Xx*p-1Xc*p-1Xe*p-1Xp*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X *p-6Xt*p-1Xo*p-1X *p-6Xt*p-1Xh*p-1Xe*p4304Y*p570Xh*p+1Xe*p+1Xarsay *p+34Xrule *p+34Xthat *p+34Xwould *p+34Xmake *p+34Xthose *p+34Xthird-party *p+34Xstatements*p4504Y*p570Xadmissible.*p3110Y*p3240X*r1A*b2M*b10W?ìÿàÕ*b3M*b0W*b0W*b0W*b0W*b0W*rB*b0M
*p5884Y*p2280X-11-*p2280X-11-*p704Y*p870XIn this court Minh Tu does not even attempt to show that*p904Y*p570Xt*p+1Xh*p+1Xe*p+1X *p+69Xdocuments *p+68Xwere *p+68Xproperly *p+68Xauthenticated *p+68Xor *p+68Xthat *p+68Xthe*p1104Y*p570Xstatements *p+12Xwithin *p+12Xthem *p+12Xas *p+12Xto *p+12Xthe *p+12Xdiscovery *p+12Xof *p+12Xthe *p+12Xbody *p+12Xcome*p1304Y*p570Xwithin *p+30Xa *p+30Xhearsay *p+30Xexception. *p+30X *p+30XInstead, *p+30XMinh *p+30XTu *p+30Xfruitlessly*p1504Y*p570Xdescribes *p+6Xthe *p+6Xdocuments *p+6Xand *p+6Xthe *p+6Xfacts *p+6Xasserted *p+6Xin *p+6Xthem *p+6Xas *p+6Xif*p1704Y*p570Xt*p+1Xh*p+1Xe*p+1Xy*p+1X *p+47Xw*p+1Xere *p+46Xevidence *p+46Xwhich *p+46Xthe *p+46Xjury *p+46Xwould *p+46Xbe *p+46Xentitled *p+46Xto*p1904Y*p570Xconsider. *p+6X *p+6XHe *p+6Xdoes *p+6Xclaim *p+6Xthat *p+6Xthe *p+6Xexclusion *p+6Xof *p+6Xthis *p+6Xevidence*p2104Y*p570Xwa*p-1Xs*p-1X *p-1Xi*p-1Xn*p-1Xc*p-1Xo*p-1Xn*p-1Xs*p-1Xi*p-1Xs*p-1Xt*p-1Xe*p-1Xn*p-1Xt*p-1X *p-1Xw*p-1Xi*p-1Xt*p-1Xh*p-1X *p-1Xa*p-1Xn*p-1X *p-1Xe*p-1Xa*p-1Xr*p-1Xl*p-1Xi*p-1Xe*p-1Xr*p-1X *p-1Xr*p-1Xu*p-1Xl*p-1Xi*p-1Xn*p-1Xg*p-1X *p-1Xo*p-1Xf*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xd*p-1Xi*p-1Xs*p-1Xt*p-1Xr*p-1Xi*p-1Xc*p-1Xt*p-1X *p-1Xc*p-1Xo*p-1Xu*p-1Xr*p-1Xt*p-1X,*p2304Y*p570Xbut we find no such inconsistency.*p2504Y*p870XL*p+1Xi*p+1Xm*p+1Xi*p+1Xting *p+8Xourselves *p+8Xto *p+8Xadmissible *p+8Xevidence *p+8Xmade *p+8Xknown *p+8Xto*p2704Y*p570Xth*p-1Xe*p-1X *p-1Xd*p-1Xi*p-1Xs*p-1Xt*p-1Xr*p-1Xi*p-1Xc*p-1Xt*p-1X *p-1Xc*p-1Xo*p-1Xu*p-1Xr*p-1Xt*p-1X *p-1Xa*p-1Xt*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xt*p-1Xi*p-1Xm*p-1Xe*p-1X *p-1Xo*p-1Xf*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xs*p-1Xu*p-1Xm*p-1Xm*p-1Xa*p-1Xr*p-1Xy*p-1X *p-1Xj*p-1Xu*p-1Xd*p-1Xg*p-1Xm*p-1Xe*p-1Xn*p-1Xt*p-1X *p-1Xm*p-1Xo*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X,*p2904Y*p570XMi*p-1Xn*p-1Xh*p-1X *p-1XT*p-1Xu*p-1X *p-1Xc*p-1Xo*p-1Xu*p-1Xl*p-1Xd*p-1X *p-1Xp*p-1Xr*p-1Xo*p-1Xb*p-1Xa*p-1Xb*p-1Xl*p-1Xy*p-1X *p-1Xh*p-1Xa*p-1Xv*p-1Xe*p-1X *p-1Xo*p-1Xf*p-1Xf*p-1Xe*p-1Xr*p-1Xe*p-1Xd*p-1X *p-1Xa*p-1Xd*p-1Xm*p-1Xi*p-1Xs*p-1Xs*p-1Xi*p-1Xb*p-1Xl*p-1Xe*p-1X *p-1Xe*p-1Xv*p-1Xi*p-1Xd*p-1Xe*p-1Xn*p-1Xc*p-1Xe*p-1X *p-1Xt*p-1Xo*p-1X *p-1Xt*p-1Xh*p-1Xe*p3104Y*p570Xjury *p+10Xto *p+10Xsupport *p+10Xthe *p+10Xfollowing: *p+10X *p+10Xthat *p+10Xhis *p+10Xwife *p+10Xhad *p+10Xgone *p+10Xto *p+10Xa*p3304Y*p570Xvi*p-1Xl*p-1Xl*p-1Xa*p-1Xg*p-1Xe*p-1X *p-1Xn*p-1Xe*p-1Xa*p-1Xr*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1XC*p-1Xa*p-1Xm*p-1Xb*p-1Xo*p-1Xd*p-1Xi*p-1Xa*p-1Xn*p-1X *p-1Xb*p-1Xo*p-1Xr*p-1Xd*p-1Xe*p-1Xr*p-1X,*p-1X *p-1Xt*p-1Xh*p-1Xa*p-1Xt*p-1X *p-1Xs*p-1Xh*p-1Xe*p-1X *p-1Xh*p-1Xa*p-1Xd*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1Xr*p-1Xe*p-1X *p-1Xd*p-1Xe*p-1Xc*p-1Xl*p-1Xa*p-1Xr*p-1Xe*p-1Xd*p3504Y*p570Xher *p+18Xintention *p+18Xto *p+18Xvisit *p+18XCambodia, *p+18Xand *p+18Xthat *p+18Xshe *p+18Xhad *p+18Xnot *p+18Xbeen*p3704Y*p570Xh*p-1Xe*p-1Xa*p-1Xr*p-1Xd*p-1X *p-7Xf*p-1Xr*p-1Xo*p-1Xm*p-1X *p-7Xs*p-1Xi*p-1Xn*p-1Xc*p-1Xe*p-1X.*p-1X *p-7X *p-6XA*p-1Xn*p-1X *p-6Xo*p-1Xu*p-1Xt*p-1X-*p-1Xo*p-1Xf*p-1X-*p-1Xc*p-1Xo*p-1Xu*p-1Xr*p-1Xt*p-1X *p-6Xs*p-1Xt*p-1Xa*p-1Xt*p-1Xe*p-1Xm*p-1Xe*p-1Xn*p-1Xt*p-1X *p-6Xb*p-1Xy*p-1X *p-6XP*p-1Xh*p-1Xu*p-1Xo*p-1Xn*p-1Xg*p-1X *p-6XL*p-1Xy*p-1X *p-6Xa*p-1Xs*p-1X *p-6Xt*p-1Xo*p3904Y*p570Xhe*p-1Xr*p-1X *p-1Xi*p-1Xn*p-1Xt*p-1Xe*p-1Xn*p-1Xt*p-1X *p-1Xi*p-1Xs*p-1X,*p-1X *p-1Xo*p-1Xf*p-1X *p-1Xc*p-1Xo*p-1Xu*p-1Xr*p-1Xs*p-1Xe*p-1X,*p-1X *p-1Xh*p-1Xe*p-1Xa*p-1Xr*p-1Xs*p-1Xa*p-1Xy*p-1X,*p-1X *p-1Xb*p-1Xu*p-1Xt*p-1X *p-1Xi*p-1Xt*p-1X *p-1Xi*p-1Xs*p-1X *p-1Xw*p-1Xi*p-1Xt*p-1Xh*p-1Xi*p-1Xn*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xm*p-1Xe*p-1Xn*p-1Xt*p-1Xa*p-1Xl*p4104Y*p570Xs*p+1Xt*p+1Xa*p+1Xt*p+1Xe *p+22Xexception *p+22Xand *p+22Xpermits *p+22Xthe *p+22Xfurther *p+22Xinference *p+22Xthat *p+22Xshe*p4304Y*p570Xa*p-1Xc*p-1Xt*p-1Xe*p-1Xd*p-1X *p-7Xi*p-1Xn*p-1X *p-7Xa*p-1Xc*p-1Xc*p-1Xo*p-1Xr*p-1Xd*p-1Xa*p-1Xn*p-1Xc*p-1Xe*p-1X *p-7Xw*p-1Xi*p-1Xt*p-1Xh*p-1X *p-6Xh*p-1Xe*p-1Xr*p-1X *p-6Xi*p-1Xn*p-1Xt*p-1Xe*p-1Xn*p-1Xt*p-1X.*p-1X *p-6X *p-6XS*p-1Xe*p-1Xe*p-1X *p-6XF*p-1Xe*p-1Xd*p-1X.*p-1X *p-6XR*p-1X.*p-1X *p-6XE*p-1Xv*p-1Xi*p-1Xd*p-1X.*p-1X *p-6X8*p-1X0*p-1X3*p-1X(*p-1X3*p-1X)*p-1X;*p4504Y*p570XUnited *p+18XStates *p+18Xv. *p+18XBrown, *p+18X490 *p+18XF.2d *p+18X758, *p+18X762 *p+18X(D.C. *p+18XCir. *p+18X1973)*p4704Y*p570X(citing *p+18XMutual *p+18XLife *p+18XIns. *p+18XCo. *p+18Xv. *p+18XHillmon, *p+18X145 *p+18XU.S. *p+18X285, *p+18X295*p4904Y*p570X(1892)).*p5104Y*p870XThe argument is not without some force. If we knew only*p5304Y*p570Xthat *p+36XPhuong *p+36XLy *p+36Xhad *p+36Xactually *p+36Xgone *p+36Xto *p+36Xa *p+36Xdangerous *p+36Xarea *p+36Xof*p5504Y*p570XC*p-1Xa*p-1Xm*p-1Xb*p-1Xo*p-1Xd*p-1Xi*p-1Xa*p-1X *p-7Xa*p-1Xn*p-1Xd*p-1X *p-7Xh*p-1Xa*p-1Xd*p-1X *p-7Xn*p-1Xo*p-1Xt*p-1X *p-6Xb*p-1Xe*p-1Xe*p-1Xn*p-1X *p-6Xh*p-1Xe*p-1Xa*p-1Xr*p-1Xd*p-1X *p-6Xf*p-1Xr*p-1Xo*p-1Xm*p-1X *p-6Xa*p-1Xg*p-1Xa*p-1Xi*p-1Xn*p-1X,*p-1X *p-6Xt*p-1Xh*p-1Xe*p-1X *p-6Xc*p-1Xa*p-1Xs*p-1Xe*p-1X *p-6Xm*p-1Xi*p-1Xg*p-1Xh*p-1Xt*p-1X *p-6Xl*p-1Xo*p-1Xo*p-1Xk*p2510Y*p2216X*r1A*b2M*b10W?·ÿÀ*b3M*b0W*b0W*b0W*b0W*b0W*p4310Y*rB*p2768X*r1A*b2M*b10Wìÿþ*b3M*b0W*b0W*b0W*b0W*b0W*p4510Y*rB*p568X*r1A*b2M*b16W?ÿßÜÿ*b3M*b0W*b0W*b0W*b0W*b0W*p4710Y*rB*p1064X*r1A*b2M*b20WÿåÿÀàÍÿÀ£*b3M*b0W*b0W*b0W*b0W*b0W*rB*b0M
*p5884Y*p2280X-12-*p2280X-12-*p704Y*p570Xl*p+1Xi*p+1Xk*p+1Xe*p+1X *p+7Xf*p+1Xamiliar *p+6Xcases *p+6Xallowing *p+6Xan *p+6Xinference *p+6Xof *p+6Xdeath *p+6Xwhere *p+6Xthe*p904Y*p570Xi*p-1Xn*p-1Xs*p-1Xu*p-1Xr*p-1Xe*p-1Xd*p-1X *p-7Xs*p-1Xe*p-1Xt*p-1X *p-7Xo*p-1Xf*p-1Xf*p-1X *p-7Xi*p-1Xn*p-1Xt*p-1Xo*p-1X *p-7Xa*p-1X *p-7Xd*p-1Xa*p-1Xn*p-1Xg*p-1Xe*p-1Xr*p-1Xo*p-1Xu*p-1Xs*p-1X *p-7Xw*p-1Xi*p-1Xl*p-1Xd*p-1Xe*p-1Xr*p-1Xn*p-1Xe*p-1Xs*p-1Xs*p-1X *p-7Xa*p-1Xn*p-1Xd*p-1X *p-7Xd*p-1Xi*p-1Xd*p-1X *p-6Xn*p-1Xo*p-1Xt*p-1X *p-6Xr*p-1Xe*p-1Xt*p-1Xu*p-1Xr*p-1Xn*p-1X.*p1104Y*p570XSe*p-1Xe*p-1X *p-1Xe*p-1X.*p-1Xg*p-1X.*p-1X,*p-1X *p-1XS*p-1Xa*p-1Xr*p-1Xg*p-1Xe*p-1Xn*p-1Xt*p-1X *p-1Xv*p-1X.*p-1X *p-1XM*p-1Xa*p-1Xs*p-1Xs*p-1Xa*p-1Xc*p-1Xh*p-1Xu*p-1Xs*p-1Xe*p-1Xt*p-1Xt*p-1Xs*p-1X *p-1XA*p-1Xc*p-1Xc*p-1Xi*p-1Xd*p-1Xe*p-1Xn*p-1Xt*p-1X *p-1XC*p-1Xo*p-1X.*p-1X,*p-1X *p-1X2*p-1X9*p-1X *p-1XN*p-1X.*p-1XE*p-1X.*p-1X2*p-1Xd*p-1X *p-1X8*p-1X2*p-1X5*p1304Y*p570X(Mass. *p+20X1940) *p+20X(collecting *p+20Xcases). *p+20X *p+20XBut *p+20Xthese *p+20Xplace *p+20Xof *p+20Xperil*p1504Y*p570Xc*p+1Xa*p+1Xs*p+1Xe*p+1Xs*p+1X *p+11Xa*p+1Xr*p+1Xe*p+1X *p+11Xat *p+10Xthe *p+10Xedge *p+10Xof *p+10Xwhat *p+10Xis *p+10Xallowed *p+10Xbefore *p+10Xcourts *p+10Xhold*p1704Y*p570Xt*p+1Xh*p+1Xa*p+1Xt*p+1X *p+37Xthe *p+37Xjury *p+37Xhas *p+37Xpassed *p+37Xthe *p+37Xill-marked *p+37Xboundary *p+37Xbetween*p1904Y*p570Xreasonable inference and impermissible speculation. And Tu's*p2104Y*p570Xfacts *p+30Xare *p+30Xsignificantly *p+30Xweaker *p+30Xin *p+30Xother *p+30Xrespects *p+30Xthan *p+30Xthe*p2304Y*p570Xordinary place of peril case.*p2504Y*p870XF*p-1Xi*p-1Xr*p-1Xs*p-1Xt*p-1X,*p-1X *p-2Xw*p-1Xe*p-1X *p-2Xh*p-1Xa*p-1Xv*p-1Xe*p-1X *p-2Xn*p-1Xo*p-1X *p-2Xe*p-1Xy*p-1Xe*p-1Xw*p-1Xi*p-1Xt*p-1Xn*p-1Xe*p-1Xs*p-1Xs*p-1X *p-1Xe*p-1Xv*p-1Xi*p-1Xd*p-1Xe*p-1Xn*p-1Xc*p-1Xe*p-1X *p-1Xt*p-1Xh*p-1Xa*p-1Xt*p-1X *p-1XP*p-1Xh*p-1Xu*p-1Xo*p-1Xn*p-1Xg*p-1X *p-1XL*p-1Xy*p-1X *p-1Xe*p-1Xv*p-1Xe*p-1Xr*p2704Y*p570Xwent to Cambodia; indeed, the main evidence that she had such*p2904Y*p570Xa*p-1Xn*p-1X *p-7Xi*p-1Xn*p-1Xt*p-1Xe*p-1Xn*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X *p-7Xc*p-1Xo*p-1Xm*p-1Xe*p-1Xs*p-1X *p-7Xt*p-1Xh*p-1Xr*p-1Xo*p-1Xu*p-1Xg*p-1Xh*p-1X *p-7XM*p-1Xi*p-1Xn*p-1Xh*p-1X *p-7XT*p-1Xu*p-1X,*p-1X *p-7Xw*p-1Xh*p-1Xo*p-1X *p-7Xi*p-1Xs*p-1X *p-7Xa*p-1Xn*p-1X *p-6Xi*p-1Xn*p-1Xt*p-1Xe*p-1Xr*p-1Xe*p-1Xs*p-1Xt*p-1Xe*p-1Xd*p-1X *p-6Xp*p-1Xa*p-1Xr*p-1Xt*p-1Xy*p-1X.*p3104Y*p570XWh*p-1Xi*p-1Xl*p-1Xe*p-1X *p-1Xh*p-1Xe*p-1Xr*p-1X *p-1Xi*p-1Xn*p-1Xt*p-1Xe*p-1Xn*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X *p-1Xi*p-1Xs*p-1X *p-1Xe*p-1Xv*p-1Xi*p-1Xd*p-1Xe*p-1Xn*p-1Xc*p-1Xe*p-1X *p-1Xo*p-1Xf*p-1X *p-1Xw*p-1Xh*p-1Xa*p-1Xt*p-1X *p-1Xs*p-1Xh*p-1Xe*p-1X *p-1Xm*p-1Xi*p-1Xg*p-1Xh*p-1Xt*p-1X *p-1Xw*p-1Xe*p-1Xl*p-1Xl*p-1X *p-1Xd*p-1Xo*p-1X,*p-1X *p-1Xa*p-1Xn*p-1Xd*p3304Y*p570XM*p-1Xi*p-1Xn*p-1Xh*p-1X *p-7XT*p-1Xu*p-1X *p-7Xw*p-1Xa*p-1Xs*p-1X *p-7Xa*p-1Xv*p-1Xa*p-1Xi*p-1Xl*p-1Xa*p-1Xb*p-1Xl*p-1Xe*p-1X *p-7Xt*p-1Xo*p-1X *p-7Xb*p-1Xe*p-1X *p-7Xc*p-1Xr*p-1Xo*p-1Xs*p-1Xs*p-1X-*p-1Xe*p-1Xx*p-1Xa*p-1Xm*p-1Xi*p-1Xn*p-1Xe*p-1Xd*p-1X,*p-1X *p-7Xt*p-1Xh*p-1Xe*p-1X *p-7Xs*p-1Xt*p-1Xr*p-1Xe*p-1Xn*p-1Xg*p-1Xt*p-1Xh*p-1X *p-6Xo*p-1Xf*p-1X *p-6Xt*p-1Xh*p-1Xe*p3504Y*p570Xu*p-1Xn*p-1Xd*p-1Xe*p-1Xr*p-1Xl*p-1Xy*p-1Xi*p-1Xn*p-1Xg*p-1X *p-9Xi*p-1Xn*p-1Xf*p-1Xe*p-1Xr*p-1Xe*p-1Xn*p-1Xc*p-1Xe*p-1X-*p-1X-*p-1Xt*p-1Xh*p-1Xa*p-1Xt*p-1X *p-9Xs*p-1Xh*p-1Xe*p-1X *p-8Xw*p-1Xe*p-1Xn*p-1Xt*p-1X *p-8Xt*p-1Xo*p-1X *p-8XC*p-1Xa*p-1Xm*p-1Xb*p-1Xo*p-1Xd*p-1Xi*p-1Xa*p-1X *p-8Xa*p-1Xn*p-1Xd*p-1X *p-8Xd*p-1Xi*p-1Xe*p-1Xd*p-1X *p-8Xt*p-1Xh*p-1Xe*p-1Xr*p-1Xe*p-1X-*p3704Y*p570X-declines *p+40Xto *p+40Xthe *p+40Xextent *p+40Xthat *p+40Xwe *p+40Xlack *p+40Xassurance *p+40Xthat *p+40Xthe*p3904Y*p570Xdecedent ever was in peril.*p4104Y*p870XS*p+1Xe*p+1Xc*p+1Xond, *p+13Xand *p+13Xto *p+13Xus *p+13Xmore *p+13Ximportant, *p+13Xare *p+13Xother *p+13Xfacts *p+13Xthat*p4304Y*p570XMi*p-1Xn*p-1Xh*p-1X *p-1XT*p-1Xu*p-1X *p-1Xd*p-1Xo*p-1Xe*p-1Xs*p-1X *p-1Xn*p-1Xo*p-1Xt*p-1X *p-1Xd*p-1Xi*p-1Xs*p-1Xp*p-1Xu*p-1Xt*p-1Xe*p-1X *p-1Xa*p-1Xn*p-1Xd*p-1X *p-1Xw*p-1Xh*p-1Xi*p-1Xc*p-1Xh*p-1X *p-1Xw*p-1Xo*p-1Xu*p-1Xl*p-1Xd*p-1X *p-1Xh*p-1Xa*p-1Xv*p-1Xe*p-1X *p-1Xb*p-1Xe*p-1Xe*p-1Xn*p-1X *p-1Xp*p-1Xa*p-1Xr*p-1Xt*p-1X *p-1Xo*p-1Xf*p-1X *p-1Xt*p-1Xh*p-1Xe*p4504Y*p570Xm*p+1Xi*p+1Xx*p+1X *p+11Xo*p+1Xf*p+1X *p+11Xc*p+1Xi*p+1Xr*p+1Xcumstances *p+10Xbefore *p+10Xthe *p+10Xjury: *p+10X *p+10Xthat *p+10Xthe *p+10Xbulk *p+10Xof *p+10Xthe*p4704Y*p570Xi*p+1Xn*p+1Xs*p+1Xu*p+1Xr*p+1Xa*p+1Xnce *p+102Xwas *p+102Xtaken *p+102Xout *p+102Xshortly *p+102Xbefore *p+102Xhis *p+102Xwife's*p4904Y*p570Xd*p-1Xi*p-1Xs*p-1Xa*p-1Xp*p-1Xp*p-1Xe*p-1Xa*p-1Xr*p-1Xa*p-1Xn*p-1Xc*p-1Xe*p-1X,*p-1X *p-9Xt*p-1Xh*p-1Xa*p-1Xt*p-1X *p-9Xt*p-1Xh*p-1Xe*p-1X *p-8Xf*p-1Xa*p-1Xm*p-1Xi*p-1Xl*p-1Xy*p-1X *p-8Xw*p-1Xa*p-1Xs*p-1X *p-8Xi*p-1Xn*p-1X *p-8Xf*p-1Xi*p-1Xn*p-1Xa*p-1Xn*p-1Xc*p-1Xi*p-1Xa*p-1Xl*p-1X *p-8Xd*p-1Xi*p-1Xf*p-1Xf*p-1Xi*p-1Xc*p-1Xu*p-1Xl*p-1Xt*p-1Xy*p-1X *p-8Xw*p-1Xh*p-1Xe*p-1Xn*p5104Y*p570Xi*p-1Xt*p-1X *p-9Xa*p-1Xs*p-1Xs*p-1Xu*p-1Xm*p-1Xe*p-1Xd*p-1X *p-9Xh*p-1Xu*p-1Xg*p-1Xe*p-1X *p-8Xp*p-1Xr*p-1Xe*p-1Xm*p-1Xi*p-1Xu*p-1Xm*p-1X *p-8Xb*p-1Xu*p-1Xr*p-1Xd*p-1Xe*p-1Xn*p-1Xs*p-1X,*p-1X *p-8Xt*p-1Xh*p-1Xa*p-1Xt*p-1X *p-8Xc*p-1Xh*p-1Xe*p-1Xc*p-1Xk*p-1Xs*p-1X *p-8Xp*p-1Xu*p-1Xr*p-1Xp*p-1Xo*p-1Xr*p-1Xt*p-1Xe*p-1Xd*p-1Xl*p-1Xy*p-1X *p-8Xs*p-1Xi*p-1Xg*p-1Xn*p-1Xe*p-1Xd*p1110Y*p568X*r1A*b2M*b34W?ìÿðûäÿàóÏÿüä?ÿÂÿË*b3M*b0W*b0W*b0W*b0W*b0W*rB*b0M
*p5384Y*p570X *p906XThe insurers discovered numerous checks, dated February*p5343Y*p870X*c16535D*c278E(s440W²Ãÿâ8³l8¸ÿò@3225:$I$J%C8r!858¥5¦8¹ºËËÍÛÝìúÿ/¸ÿòµ"$4¸ÿÞ@$4)+(/!# (&,¸[³ ,¸³&=3¸µ=#=6¸
@
=9:/º
·93
ìº,+??NôMääNæ9/Míôíýäýä9/í99999910Cy@45$%%4#@@$5&@@++++++8]q88q#"&'&5463232654.#"&54632654"#"&547632tzõ¸lè.­Åa¶]Hq|W,WyÌb«4µbç\0s·pKS[^<4 (=U¿T{(16A(s16.67h7.25V(16535X6*p5484Y*p570X(0N(s3t0b0s12.00v10.00h0P1993 through October 1993, bearing Phuong Ly's signature and*p5584Y*p570Xpayable in a few cases to Phuong Ly herself. Minh Tu said*p5684Y*p570Xthat he had signed Phuong Ly's name himself.*p5884Y*p2280X-13-*p2280X-13-*p704Y*p570Xb*p-1Xy*p-1X *p-5XP*p-1Xh*p-1Xu*p-1Xo*p-1Xn*p-1Xg*p-1X *p-5XL*p-1Xy*p-1X *p-5Xa*p-1Xf*p-1Xt*p-1Xe*p-1Xr*p-1X *p-5XF*p-1Xe*p-1Xb*p-1Xr*p-1Xu*p-1Xa*p-1Xr*p-1Xy*p-1X *p-4X1*p-1X9*p-1X9*p-1X3*p-1X *p-4Xh*p-1Xa*p-1Xv*p-1Xe*p-1X *p-4Xb*p-1Xe*p-1Xe*p-1Xn*p-1X *p-4Xd*p-1Xi*p-1Xs*p-1Xc*p-1Xo*p-1Xv*p-1Xe*p-1Xr*p-1Xe*p-1Xd*p-1X,*p-1X*p3763X *p-4Xt*p-1Xh*p-1Xa*p-1Xt*p-1X *p-4Xn*p-1Xo*p663Y*p3728X(16A(s16.67h7.25V(16535X6*p-1X*p904Y*p570X(0N(s3t0b0s12.00v10.00h0Pgood *p+6Xreason *p+6Xfor *p+6Xthe *p+6Xvisit *p+6Xto *p+6XCambodia *p+6Xhas *p+6Xbeen *p+6Xprovided, *p+6Xand*p1104Y*p570Xt*p-1Xh*p-1Xa*p-1Xt*p-1X *p-7Xt*p-1Xh*p-1Xe*p-1X *p-7Xd*p-1Xi*p-1Xs*p-1Xa*p-1Xp*p-1Xp*p-1Xe*p-1Xa*p-1Xr*p-1Xa*p-1Xn*p-1Xc*p-1Xe*p-1X *p-7Xo*p-1Xc*p-1Xc*p-1Xu*p-1Xr*p-1Xr*p-1Xe*p-1Xd*p-1X *p-6Xi*p-1Xn*p-1X *p-6Xo*p-1Xn*p-1Xe*p-1X *p-6Xo*p-1Xf*p-1X *p-6Xt*p-1Xh*p-1Xe*p-1X *p-6Xf*p-1Xe*p-1Xw*p-1X *p-6Xp*p-1Xl*p-1Xa*p-1Xc*p-1Xe*p-1Xs*p-1X *p-6Xi*p-1Xn*p-1X *p-6Xt*p-1Xh*p-1Xe*p1304Y*p570Xw*p+1Xo*p+1Xr*p+1Xl*p+1Xd*p+1X *p+25Xwhere *p+25Xeffective *p+25Xinvestigation *p+25Xwould *p+25Xbe *p+25Xdifficult *p+25Xand*p1504Y*p570Xdangerous.*p1704Y*p870XS*p-2Xo*p-2Xm*p-2Xe*p-2X *p-3Xo*p-2Xf*p-2X *p-3Xt*p-2Xh*p-2Xe*p-2X *p-3Xs*p-2Xu*p-2Xs*p-2Xp*p-2Xi*p-2Xc*p-2Xi*p-2Xo*p-2Xn*p-2X *p-3Xm*p-2Xi*p-2Xg*p-2Xh*p-2Xt*p-2X *p-3Xh*p-2Xa*p-2Xv*p-2Xe*p-2X *p-3Xb*p-2Xe*p-2Xe*p-2Xn*p-2X *p-2Xd*p-2Xi*p-2Xs*p-2Xs*p-2Xi*p-2Xp*p-2Xa*p-2Xt*p-2Xe*p-2Xd*p-2X *p-2Xa*p-2Xt*p-2X *p-2Xt*p-2Xr*p-2Xi*p-2Xa*p-2Xl*p-2X,*p1904Y*p570Xd*p+1Xe*p+1Xp*p+1Xending *p+13Xon *p+13Xthe *p+13Xweight *p+13Xgiven *p+13Xto *p+13XMinh *p+13XTu's *p+13Xexplanations *p+13Xfor*p2104Y*p570Xv*p+1Xa*p+1Xr*p+1Xious *p+13Xdiscrepancies. *p+13X *p+13XBut *p+13Xthe *p+13Xplace *p+13Xof *p+13Xperil *p+13Xinference *p+13Xis*p2304Y*p570Xitself a stretch, even in the ordinary case. When doubts are*p2504Y*p570Xg*p+1Xr*p+1Xe*p+1Xa*p+1Xt*p+1Xl*p+1Xy *p+6Xmultiplied *p+6Xby *p+6Xdoubts *p+6Xwhether *p+6Xthe *p+6Xinsured *p+6Xwas *p+6Xever *p+6Xin*p2704Y*p570Xpe*p-1Xr*p-1Xi*p-1Xl*p-1X *p-1Xa*p-1Xn*p-1Xd*p-1X *p-1Xb*p-1Xy*p-1X *p-1Xa*p-1X *p-1Xh*p-1Xo*p-1Xs*p-1Xt*p-1X *p-1Xo*p-1Xf*p-1X *p-1Xs*p-1Xu*p-1Xs*p-1Xp*p-1Xi*p-1Xc*p-1Xi*p-1Xo*p-1Xu*p-1Xs*p-1X *p-1Xc*p-1Xi*p-1Xr*p-1Xc*p-1Xu*p-1Xm*p-1Xs*p-1Xt*p-1Xa*p-1Xn*p-1Xc*p-1Xe*p-1Xs*p-1X,*p-1X *p-1Xw*p-1Xe*p-1X *p-1Xt*p-1Xh*p-1Xi*p-1Xn*p-1Xk*p-1X *p-1Xt*p-1Xh*p-1Xa*p-1Xt*p2904Y*p570Xthe *p+30Xoverall *p+30Xlikelihood *p+30Xthat *p+30Xthe *p+30Xdeath *p+30Xoccurred *p+30Xhas *p+30Xfallen*p3104Y*p570Xenough *p+6Xso *p+6Xthat *p+6Xit *p+6Xis *p+6Ximpermissible *p+6Xguesswork *p+6Xfor *p+6Xthe *p+6Xjury *p+6Xto*p3304Y*p570Xde*p-1Xc*p-1Xi*p-1Xd*p-1Xe*p-1X *p-1Xt*p-1Xo*p-1X *p-1Xm*p-1Xa*p-1Xk*p-1Xe*p-1X *p-1Xa*p-1Xn*p-1X *p-1Xa*p-1Xw*p-1Xa*p-1Xr*p-1Xd*p-1X.*p-1X *p-1X *p-1XC*p-1Xf*p-1X.*p-1X *p-1XJ*p-1Xo*p-1Xn*p-1Xe*p-1Xs*p-1X *p-1Xv*p-1X.*p-1X *p-1XU*p-1Xn*p-1Xi*p-1Xt*p-1Xe*p-1Xd*p-1X *p-1XS*p-1Xt*p-1Xa*p-1Xt*p-1Xe*p-1Xs*p-1X,*p-1X *p-1X2*p-1X6*p-1X6*p-1X *p-1XF*p-1X.*p-1X2*p-1Xd*p3504Y*p570X65*p-1X4*p-1X,*p-1X *p-1X6*p-1X5*p-1X5*p-1X *p-1X(*p-1X5*p-1Xt*p-1Xh*p-1X *p-1XC*p-1Xi*p-1Xr*p-1X.*p-1X *p-1X1*p-1X9*p-1X5*p-1X9*p-1X)*p-1X;*p-1X *p-1XB*p-1Xr*p-1Xo*p-1Xw*p-1Xn*p-1Xe*p-1X *p-1Xv*p-1X.*p-1X *p-1XN*p-1Xe*p-1Xw*p-1X *p-1XY*p-1Xo*p-1Xr*p-1Xk*p-1X *p-1XL*p-1Xi*p-1Xf*p-1Xe*p-1X *p-1XI*p-1Xn*p-1Xs*p-1X.*p-1X *p-1XC*p-1Xo*p-1X.*p-1X,*p-1X *p-1X5*p-1X7*p3704Y*p570XF.2d 62, 62-64 (8th Cir. 1932).*p3904Y*p870XF*p-1Xo*p-1Xl*p-1Xl*p-1Xo*p-1Xw*p-1Xi*p-1Xn*p-1Xg*p-1X *p-2Xt*p-1Xh*p-1Xe*p-1X *p-2Xd*p-1Xi*p-1Xs*p-1Xt*p-1Xr*p-1Xi*p-1Xc*p-1Xt*p-1X *p-2Xc*p-1Xo*p-1Xu*p-1Xr*p-1Xt*p-1X'*p-1Xs*p-1X *p-2Xg*p-1Xr*p-1Xa*p-1Xn*p-1Xt*p-1X *p-1Xo*p-1Xf*p-1X *p-1Xs*p-1Xu*p-1Xm*p-1Xm*p-1Xa*p-1Xr*p-1Xy*p-1X *p-1Xj*p-1Xu*p-1Xd*p-1Xg*p-1Xm*p-1Xe*p-1Xn*p-1Xt*p-1X,*p4104Y*p570XMi*p-1Xn*p-1Xh*p-1X *p-1XT*p-1Xu*p-1X *p-1Xm*p-1Xa*p-1Xd*p-1Xe*p-1X *p-1Xa*p-1X *p-1Xm*p-1Xo*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X *p-1Xf*p-1Xo*p-1Xr*p-1X *p-1Xr*p-1Xe*p-1Xc*p-1Xo*p-1Xn*p-1Xs*p-1Xi*p-1Xd*p-1Xe*p-1Xr*p-1Xa*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X *p-1Xb*p-1Xa*p-1Xs*p-1Xe*p-1Xd*p-1X *p-1Xo*p-1Xn*p-1X *p-1Xa*p-1X *p-1Xn*p-1Xu*p-1Xm*p-1Xb*p-1Xe*p-1Xr*p-1X *p-1Xo*p-1Xf*p4304Y*p570Xn*p+1Xe*p+1Xw*p+1Xl*p+1Xy*p+1X *p+7Xobtained *p+6Xaffidavits, *p+6Xand *p+6Xthen, *p+6Xin *p+6Xa *p+6Xreply *p+6Xbrief, *p+6Xadded*p4504Y*p570Xstill further affidavits. These included a further affidavit*p4704Y*p570Xfr*p-1Xo*p-1Xm*p-1X *p-1XC*p-1Xa*p-1Xp*p-1Xt*p-1Xa*p-1Xi*p-1Xn*p-1X *p-1XS*p-1Xe*p-1X *p-1XS*p-1Xa*p-1X *p-1XR*p-1Xo*p-1Xe*p-1Xu*p-1Xn*p-1X,*p-1X *p-1Xa*p-1Xn*p-1X *p-1Xa*p-1Xf*p-1Xf*p-1Xi*p-1Xd*p-1Xa*p-1Xv*p-1Xi*p-1Xt*p-1X *p-1Xf*p-1Xr*p-1Xo*p-1Xm*p-1X *p-1Xa*p-1X *p-1XC*p-1Xa*p-1Xm*p-1Xb*p-1Xo*p-1Xd*p-1Xi*p-1Xa*p-1Xn*p-1X *p-1Xl*p-1Xa*p-1Xw*p-1Xy*p-1Xe*p-1Xr*p4904Y*p570Xand former hospital director that discussed local practice in*p3310Y*p2104X*r1A*b2M*b24WìÿÀûÝÿðä¢ÿþð*b3M*b0W*b0W*b0W*b0W*b0W*p3510Y*b2M*b18WÖÿàåÿßÿ*b3M*b0W*b0W*b0W*b0W*b0W*rB*b0M
*p5884Y*p2280X-14-*p2280X-14-*p704Y*p570Xde*p-1Xa*p-1Xl*p-1Xi*p-1Xn*p-1Xg*p-1X *p-1Xw*p-1Xi*p-1Xt*p-1Xh*p-1X *p-1Xt*p-1Xh*p-1Xe*p-1X *p-1Xd*p-1Xe*p-1Xa*p-1Xt*p-1Xh*p-1X *p-1Xo*p-1Xf*p-1X *p-1Xa*p-1X *p-1Xf*p-1Xo*p-1Xr*p-1Xe*p-1Xi*p-1Xg*p-1Xn*p-1Xe*p-1Xr*p-1X,*p-1X *p-1Xa*p-1Xn*p-1Xd*p-1X *p-1Xa*p-1Xf*p-1Xf*p-1Xi*p-1Xd*p-1Xa*p-1Xv*p-1Xi*p-1Xt*p-1Xs*p-1X *p-1Xr*p-1Xe*p-1Xl*p-1Xa*p-1Xt*p-1Xi*p-1Xn*p-1Xg*p904Y*p570Xt*p+1Xo*p+1X *p+14Xwitness *p+13Xinterviews *p+13Xof *p+13Xfarmers *p+13Xin *p+13XCambodia. *p+13X *p+13XThe *p+13Xdistrict*p1104Y*p570Xj*p-1Xu*p-1Xd*p-1Xg*p-1Xe*p-1X *p-8Xd*p-1Xe*p-1Xn*p-1Xi*p-1Xe*p-1Xd*p-1X *p-8Xt*p-1Xh*p-1Xe*p-1X *p-8Xm*p-1Xo*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X *p-8Xf*p-1Xo*p-1Xr*p-1X *p-7Xr*p-1Xe*p-1Xc*p-1Xo*p-1Xn*p-1Xs*p-1Xi*p-1Xd*p-1Xe*p-1Xr*p-1Xa*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X,*p-1X *p-7Xa*p-1Xn*p-1Xd*p-1X *p-7Xw*p-1Xe*p-1X *p-7Xs*p-1Xu*p-1Xs*p-1Xt*p-1Xa*p-1Xi*p-1Xn*p-1X *p-7Xh*p-1Xi*p-1Xs*p1304Y*p570Xruling.*p1504Y*p870XOrdinarily, denial of a motion for reconsideration based*p1704Y*p570Xo*p+1Xn*p+1X *p+34Xnewly *p+33Xdiscovered *p+33Xevidence *p+33Xis *p+33Xtested *p+33Xunder *p+33Xan *p+33Xabuse *p+33Xof*p1904Y*p570Xdi*p-1Xs*p-1Xc*p-1Xr*p-1Xe*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X *p-1Xs*p-1Xt*p-1Xa*p-1Xn*p-1Xd*p-1Xa*p-1Xr*p-1Xd*p-1X.*p-1X *p-1X *p-1XM*p-1Xa*p-1Xc*p-1Xk*p-1Xi*p-1Xn*p-1X *p-1Xv*p-1X.*p-1X *p-1XC*p-1Xi*p-1Xt*p-1Xy*p-1X *p-1Xo*p-1Xf*p-1X *p-1XB*p-1Xo*p-1Xs*p-1Xt*p-1Xo*p-1Xn*p-1X,*p-1X *p-1X9*p-1X6*p-1X9*p-1X *p-1XF*p-1X.*p-1X2*p-1Xd*p-1X *p-1X1*p-1X2*p-1X7*p-1X3*p-1X,*p2104Y*p570X1*p+1X2*p+1X7*p+1X9*p+1X *p+27X(*p+1X1st *p+26XCir. *p+26X1992), *p+26Xcert. *p+26Xdenied, *p+26X506 *p+26XU.S. *p+26X1078 *p+26X(1993).*p2304Y*p570XHere, there is no showing that the information could not have*p2504Y*p570Xb*p+1Xe*p+1Xe*p+1Xn*p+1X *p+27Xo*p+1Xbtained *p+26Xthrough *p+26Xthe *p+26Xuse *p+26Xof *p+26Xdue *p+26Xdiligence *p+26Xbefore *p+26Xthe*p2704Y*p570Xs*p-1Xu*p-1Xm*p-1Xm*p-1Xa*p-1Xr*p-1Xy*p-1X *p-7Xj*p-1Xu*p-1Xd*p-1Xg*p-1Xm*p-1Xe*p-1Xn*p-1Xt*p-1X *p-7Xm*p-1Xo*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1Xs*p-1X.*p-1X *p-7X *p-6XM*p-1Xi*p-1Xn*p-1Xh*p-1X *p-6XT*p-1Xu*p-1X *p-6Xn*p-1Xe*p-1Xv*p-1Xe*p-1Xr*p-1X *p-6Xa*p-1Xs*p-1Xk*p-1Xe*p-1Xd*p-1X *p-6Xf*p-1Xo*p-1Xr*p-1X *p-6Xm*p-1Xo*p-1Xr*p-1Xe*p-1X *p-6Xt*p-1Xi*p-1Xm*p-1Xe*p-1X *p-6Xt*p-1Xo*p2904Y*p570Xc*p+1Xo*p+1Xl*p+1Xlect *p+51Xevidence *p+51Xprior *p+51Xto *p+51Xopposing *p+51Xthe *p+51Xsummary *p+51Xjudgment*p3104Y*p570Xmo*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1Xs*p-1X.*p-1X *p-1X *p-1XS*p-1Xe*p-1Xe*p-1X *p-1XP*p-1Xa*p-1Xr*p-1Xr*p-1Xi*p-1Xl*p-1Xl*p-1Xa*p-1X-*p-1XL*p-1Xo*p-1Xp*p-1Xe*p-1Xz*p-1X *p-1Xv*p-1X.*p-1X *p-1XU*p-1Xn*p-1Xi*p-1Xt*p-1Xe*p-1Xd*p-1X *p-1XS*p-1Xt*p-1Xa*p-1Xt*p-1Xe*p-1Xs*p-1X,*p-1X *p-1X8*p-1X4*p-1X1*p-1X *p-1XF*p-1X.*p-1X2*p-1Xd*p-1X *p-1X1*p-1X6*p-1X,*p-1X *p-1X1*p-1X9*p3304Y*p570X(*p-1X1*p-1Xs*p-1Xt*p-1X *p-7XC*p-1Xi*p-1Xr*p-1X.*p-1X *p-7X1*p-1X9*p-1X8*p-1X8*p-1X)*p-1X;*p-1X *p-7XW*p-1Xa*p-1Xs*p-1Xh*p-1Xi*p-1Xn*p-1Xg*p-1Xt*p-1Xo*p-1Xn*p-1X *p-7Xv*p-1X.*p-1X *p-7XP*p-1Xa*p-1Xt*p-1Xl*p-1Xi*p-1Xs*p-1X,*p-1X *p-7X9*p-1X1*p-1X6*p-1X *p-7XF*p-1X.*p-1X2*p-1Xd*p-1X *p-7X1*p-1X0*p-1X3*p-1X6*p-1X,*p-1X *p-6X1*p-1X0*p-1X3*p-1X8*p-1X *p-6X(*p-1X1*p-1Xs*p-1Xt*p3504Y*p570XCir. 1990).*p3704Y*p870XI*p-1Xn*p-1X *p-2Xa*p-1Xd*p-1Xd*p-1Xi*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X,*p-1X *p-2Xd*p-1Xe*p-1Xs*p-1Xp*p-1Xi*p-1Xt*p-1Xe*p-1X *p-2Xt*p-1Xh*p-1Xe*p-1X *p-2Xp*p-1Xr*p-1Xo*p-1Xl*p-1Xi*p-1Xf*p-1Xe*p-1Xr*p-1Xa*p-1Xt*p-1Xi*p-1Xo*p-1Xn*p-1X *p-1Xo*p-1Xf*p-1X *p-1Xa*p-1Xf*p-1Xf*p-1Xi*p-1Xd*p-1Xa*p-1Xv*p-1Xi*p-1Xt*p-1Xs*p-1X,*p-1X *p-1Xt*p-1Xh*p-1Xe*p3904Y*p570Xo*p+1Xn*p+1Xl*p+1Xy*p+1X *p+7Xe*p+1Xvidence *p+6Xthat *p+6Xis *p+6Xclose *p+6Xto *p+6Xmattering *p+6Xsuggests *p+6Xthat *p+6Xthere*p4104Y*p570Xwere *p+12Xtwo *p+12Xwitnesses *p+12Xwho *p+12Xfound *p+12Xa *p+12Xfemale *p+12Xbody *p+12Xin *p+12Xthe *p+12Xpertinent*p4304Y*p570Xarea *p+24Xof *p+24XCambodia *p+24Xduring *p+24Xthe *p+24Xtime *p+24Xperiod *p+24Xin *p+24Xquestion. *p+24X *p+24XThe*p4504Y*p570Xw*p+1Xi*p+1Xt*p+1Xn*p+1Xe*p+1Xs*p+1Xses *p+26Xoffered *p+26Xnothing *p+26Xto *p+26Xidentify *p+26Xthe *p+26Xbody *p+26Xas *p+26Xthat *p+26Xof*p4704Y*p570XPhuong *p+12XLy. *p+12X *p+12XThis *p+12Xis *p+12Xscarcely *p+12Xthe *p+12Xkind *p+12Xof *p+12Xoverwhelming *p+12Xproof*p4904Y*p570Xt*p+1Xh*p+1Xa*p+1Xt*p+1X *p+7Xm*p+1Xight *p+6Xmake *p+6Xa *p+6Xdenial *p+6Xof *p+6Xreconsideration *p+6Xa *p+6Xmiscarriage *p+6Xof*p5104Y*p570Xjustice.*p5304Y*p870XAffirmed.*p1910Y*p1864X*r1A*b2M*b18WÖÿþäÿøÄ*b3M*b0W*b0W*b0W*b0W*b0W*p2110Y*rB*p2000X*r1A*b2M*b8W¤ÿÀ*b3M*b0W*b0W*b0W*b0W*b0W*p3110Y*rB*p1160X*r1A*b2M*b26WìÿÀûÿþä¢ÿÀ½*b3M*b0W*b0W*b0W*b0W*b0W*p3310Y*rB*p1552X*r1A*b2M*b20W¸ÿæÖÿàþ*b3M*b0W*b0W*b0W*b0W*b0W*p5310Y*rB*p864X*r1A*b2M*b14W¾ÿÀÚ*b3M*b0W*b0W*b0W*b0W*b0W*rBE%-12345X